Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

REBECCA KLUG,
    Plaintiff,

v.       Civil Action No. 3:18-cv-00711
       Judge Robert C. Chambers

MARSHALL UNIVERSITY
BOARD OF GOVERNORS,
and FARID B. MOZAFFARI, an individual,

    Defendants.

    The deposition of PAULETTE S. WEHNER, M.D., was taken under the Federal Rules of Civil Procedure in the above-entitled action before Joseph M. Miller, a Certified Court Reporter and Notary Public within and for the State of West Virginia, on the 22nd day of January 2020, commencing at 10:06 a.m., at the law offices of Oxley Rich Sammons, 517 9th Street, Suite 1000, Huntington, West Virginia, pursuant to notice.

MOUNTAIN STATE REPORTING, LLC
(304) 727-8590

Page 2

APPEARANCES:

    Kristina Thomas Whiteaker, Esq.
    THE GRUBB LAW GROUP, PLLC
    1114 Kanawha Boulevard, East
    Charleston, West Virginia 25301
     Counsel for Plaintiff

    Perry Oxley, Esq.
    Eric D. Salyers, Esq.
    OXLEY RICH SAMMONS
    Post Office Box 1704
    Huntington, West Virginia 25718
     Counsel for Defendants

ALSO PRESENT: Rebecca Klug, Plaintiff

Page 3

I N D E X

| Witness | Examination | Re-Examination |
|---|---|---|
| Paulette S. Wehner, M.D. | 7 (Whiteaker) | 126 (Whiteaker) |
| | 120 (Oxley) | 128 (Oxley) |
| | | 129 (Whiteaker) |
| | | 129 (Oxley) |

E X H I B I T S

| Wehner Deposition Exhibits | Marked |
|---|---|
| No. A, Rule 30(b)(6) Amended Notice of Deposition | 4 |
| No. B, Letter to Plaintiff's Counsel | 4 |
| No. C, Letter from Plaintiff's Counsel | 5 |
| No. D, Surgery Resident Handbook 2015-2016 | 20 |
| No. E, GA-1 Policy | 27 |
| No. F, Policy HR-5 | 30 |
| No. G, Policy on Resident Fellow Appeal Procedure | 30 |
| No. H, Resident/Fellow Due Process | 35 |
| No. I, Policy on Resident/Fellow Appeal Procedure | 41 |
| No. J, Letter | 48 |
| No. K, Text Messages and Interrogatory Response | 51 |

Page 4

| | |
|---|---|
| No. L, E-Mail | 56 |
| No. M, E-Mail dated June 20, 2015 | 62 |
| No. N, E-Mail and Letter | 65 |
| No. O, Letter and Answers | 68 |
| No. P, Office of Equity Programs Complaint | 70 |
| No. Q, Letter dated March 18, 2016 | 71 |
| No. R, First Second Year Documents | 77 |
| No. S, Second Second Year Documents | 86 |
| No. T, Defendant's Second Supplemental Responses | Off Record |
| No. U, ACGME Letter | 114 |
| No. V, Remediation Plan for 2015 | 121 |
| No. W, Timeline of Requirements and Deadlines | 122 |

Reporter's Certificate . . . . . . . . . . . 131/132
Signature Page . . . . . . . . . . . . . . . 133
Errata Sheet . . . . . . . . . . . . . . . . 134

## Page 25

1  particular, policies that would relate to discrimination,
2  retaliation –
3      **A   The graduate medical education office has**
4  **policies online regarding all of that.  So any graduate**
5  **medical education policies obviously apply and are there for**
6  **the residents.**
7      Q   Okay.  Do the Marshall University policies
8  also apply, the general Marshall University policies?
9      MR. OXLEY:  I'm going to object to that as
10 outside the scope of this and overly broad in this context.
11 I don't think she's prepared for that question on policies
12 at Marshall University.
13     You know what I mean?  We've got policies
14 that are very – there's lots of different policies at Marshall
15 University, so whether they all apply in this context or not
16 would take me probably a month to figure out.
17     BY MS. WHITEAKER:
18     Q   And I don't want to know every policy, but
19 there are – I mean the graduate medical education program is
20 within Marshall University; is that correct?
21     **A   Marshall University School of Medicine, yes.**
22     Q   Yes.  So Topic No. 5 was "the policies
23 applicable to surgical residents related to discrimination,
24 equal treatment, medical leave, disability, harassment,

## Page 26

1  retaliation, and bullying."
2      So I mean it was in the Notice, but if there
3  are certain things you don't know, then obviously just tell
4  me that.  That's okay.  We'll figure it out if there's some
5  other way to figure it out.  But I'm just trying to figure
6  out what policies a surgical resident could look to, to
7  determine what their rights are or what policies they're
8  under?
9      MR. OXLEY:  Okay.  So No. 5, just to be
10 clear, I think our understanding was we were talking about
11 residency program.  I don't dispute the fact that that's a
12 part of Marshall University, so I think that's a little bit
13 of a gray area.
14     To the extent she knows, she can answer, but
15 candidly, that's a broad question, you know what I mean.  It's
16 hard for – are you looking for anything in particular, like
17 Title IX or something like that?  That might help.
18     MS. WHITEAKER:  Yes.  I mean Title IX, I
19 think is part of it.  I just want to – you know, that's one
20 of the things I want to make sure we all agree applies to
21 surgical residents is Title IX, that policy, so I mean that's
22 one of the questions.  But let me just ask and we'll see how
23 far we get, and if you don't know something, you can tell us
24 that you're not prepared on a certain area.

## Page 27

1      BY MS. WHITEAKER:
2      Q   The graduate medical education policies we
3  know apply to surgical residents, right?
4      There's also policies that I've seen that are
5  employee policies, Marshall University employee policies.
6  Do you think that surgical residents are considered employees
7  for the purposes of those policies?
8      **A   No.**
9      Q   Surgical residents do get paid, don't they?
10     **A   They get a stipend.**
11     Q   So if they're not considered employees, are
12 they considered more like students?
13     **A   Yes, with an educational stipend.**
14     Q   Title IX applies to surgical residents,
15 correct?
16     **A   Yes.**
17     Q   The policies of the Board of Governors, the
18 Marshall Board of Governors, do those apply to surgical
19 residents?
20     MR. OXLEY:  Objection.  What policies of
21 the Board of Governors?
22     MS. WHITEAKER:
23     Q   Let me show you one and we'll see what we're
24 talking about here, okay?

## Page 28

1      MS. WHITEAKER:  Mark that one E.
2      (WHEREUPON, Wehner Deposition
3      Exhibit No. E, GA-1 Policy, was
4      marked for identification.)
5      BY MS. WHITEAKER:
6      Q   So you have in front of you Exhibit E.  It's
7  titled "Marshall University Board of Governors Policy GA-1."
8  I'll give you a second to look through that.
9      **A   (Witness examines document.)**
10     Q   Are you familiar with this policy?
11     **A   No.**
12     Q   Okay.  Does this policy apply to surgical
13 residents?
14     MR. OXLEY:  You can answer to the extent that
15 you know.
16     THE WITNESS:  Based on first seeing this
17 policy, I would say yes.
18     BY MS. WHITEAKER:
19     Q   Is there a policy under the graduate medical
20 education system that's similar to this one?
21     **A   Yes.**
22     MR. OXLEY:  I want to also raise an objection
23 to this.  There's someone who's designated on Title IX and
24 these policies here, and that's Debra Hart, for the rest of