

# The American Board of Surgery
*Incorporated*

1617 John F. Kennedy Boulevard
Suite 860
Philadelphia, PA 19103
phone 215.568.4000
fax 215.563.5718
www.absurgery.org

## 2014 In-Training Examination

**Marshall University - Huntington, WV**     **Program: 0779**

**Report of Performance**     **Report C**

KLUG, REBECCA     Level: 1     Identification Number: 012607484

Dear Doctor:

The following is information related to your performance on the examination. The total test percentile ranking is shown within the year level of training:

| Category | Percent Correct | Standard Score | Percentile |
|---|---|---|---|
| Applied Science | 37 | 162 | |
| Clinical Management | 45 | 214 | |
| Medical Knowledge | 43 | 198 | |
| Patient Care | 42 | 201 | |
| **Total Test** | **43** | **185** | **1** |

Listed below by content categories are the numbers of questions you answered correctly out of the total numbers of questions in each category. Also listed are the SCORE curriculum outline topic areas describing the content of questions you answered incorrectly. This list may be helpful to you in planning your continuing medical education. In the case of categories consisting of less than 10 questions, your performance may not accurately reflect your knowledge in these areas. Specific topics may apply to more than one examination question.

*Patient Care*

   73 of 173 answered correctly. The SCORE curriculum outline topic areas for the incorrect answers are:

   ABDOMEN - BILIARY - BILE DUCT INJURY, IATROGENIC
   ABDOMEN - BILIARY - CHOLECYSTITIS, ACUTE
   ABDOMEN - BILIARY - CHOLECYSTITIS, ACUTE
   ABDOMEN - BILIARY - CHOLEDOCHAL CYST
   ABDOMEN - BILIARY - CHOLEDOCHOLITHIASIS
   ABDOMEN - GENERAL - APPLIED SCIENCE
   ABDOMEN - GENERAL - ASCITES, CHYLOUS
   ABDOMEN - GENERAL - BIOPSY OF PERTONEAL LESION
   ABDOMEN - GENERAL - BIOPSY OF PERTONEAL LESION
   ABDOMEN - GENERAL - INTRA-ABDOMINAL ABSCESS
   ABDOMEN - HERNIA - APPLIED SCIENCE
   ABDOMEN - HERNIA - INGUINAL HERNIA
   ABDOMEN - HERNIA - REPAIR OF INGUINAL AND FEMORAL HERNIA
   ABDOMEN - LIVER - APPLIED SCIENCE
   ABDOMEN - LIVER - HEPATIC ABSCESS
   ABDOMEN - LIVER - HEPATIC MASS
   ABDOMEN - LIVER - HEPATIC MASS
   ABDOMEN - PANCREAS - ACUTE PANCREATITIS/PANCREATIC NECROSIS/ABSCESS
   ABDOMEN - PANCREAS - APPLIED SCIENCE
   ABDOMEN - PANCREAS - PANCREATIC DEBRIDEMENT
   ABDOMEN - PANCREAS - PANCREATITIS, CHRONIC, INCLUDING PANCREATIC INSUFFICIENCY
   ABDOMEN - SPLEEN - SPLENECTOMY FOR DISEASE
   ABDOMEN - SPLEEN - SPLENECTOMY FOR DISEASE
   ALIMENTARY TRACT - ANORECTAL - ANAL CANCER
   ALIMENTARY TRACT - ANORECTAL - INTERNAL ANAL SPHINCTEROTOMY
   ALIMENTARY TRACT - ANORECTAL - RECTAL CANCER
   ALIMENTARY TRACT - ESOPHAGUS - APPLIED SCIENCE
   ALIMENTARY TRACT - ESOPHAGUS - COLLIS GASTROPLASTY

ALIMENTARY TRACT - ESOPHAGUS - ESOPHAGEAL BURNS AND CAUSTIC INGESTION
ALIMENTARY TRACT - ESOPHAGUS - ESOPHAGEAL PERFORATION [SPONTANEOUS]
ALIMENTARY TRACT - ESOPHAGUS - ESOPHAGOGASTRECTOMY
ALIMENTARY TRACT - LARGE INTESTINE - APPLIED SCIENCE
ALIMENTARY TRACT - LARGE INTESTINE - CLOSTRIDIIUM DIFFICILE ASSOCIATED DIARRHEA
ALIMENTARY TRACT - LARGE INTESTINE - COLONIC VOLVULUS
ALIMENTARY TRACT - LARGE INTESTINE - COLOSTOMY
ALIMENTARY TRACT - LARGE INTESTINE - COLOSTOMY
ALIMENTARY TRACT - LARGE INTESTINE - LARGE BOWEL OBSTRUCTION
ALIMENTARY TRACT - SMALL INTESTINE - APPLIED SCIENCE
ALIMENTARY TRACT - SMALL INTESTINE - FEEDING JEJUNOSTOMY
ALIMENTARY TRACT - SMALL INTESTINE - INTUSSUSCEPTION
ALIMENTARY TRACT - SMALL INTESTINE - SMALL BOWEL OBSTRUCTION
ALIMENTARY TRACT - STOMACH - APPLIED SCIENCE
ALIMENTARY TRACT - STOMACH - APPLIED SCIENCE
ALIMENTARY TRACT - STOMACH - APPLIED SCIENCE
ALIMENTARY TRACT - STOMACH - GASTRIC CANCER
ALIMENTARY TRACT - STOMACH - GASTROSTOMY - OPEN
ALIMENTARY TRACT - STOMACH - STRESS GASTRITIS
BREAST - APPLIED SCIENCE
BREAST - APPLIED SCIENCE
BREAST - AXILLARY LYMPH NODE DISSECTION
BREAST - BREAST CANCER
BREAST - BREAST CANCER
BREAST - BREAST CANCER
BREAST - BREAST CANCER
ENDOCRINE - APPLIED SCIENCE
ENDOCRINE - APPLIED SCIENCE
ENDOCRINE - APPLIED SCIENCE
ENDOCRINE - HYPERCORTISOLISM - CUSHING'S SYNDROME/DISEASE
ENDOCRINE - HYPERPARATHYROIDISM, PRIMARY
ENDOCRINE - HYPERPARATHYROIDISM - SECONDARY AND TERTIARY
ENDOCRINE - HYPERPARATHYROIDISM - SECONDARY AND TERTIARY
ENDOCRINE - THYROID CANCER [FOLLICULAR]
ENDOSCOPY - BRONCHOSCOPY
ENDOSCOPY - PROCTOSCOPY
GENITOURINARY - NEOPLASMS [BLADDER]
GYNECOLOGY - PELVIC INFLAMMATORY DISEASE
NERVOUS SYTEM - APPLIED SCIENCE
PEDIATRIC SURGERY - PROCEDURE FOR MECONIUM ILEUS/NECROTIZING ENTEROCOLITIS
PEDIATRIC SURGERY - PROCEDURE FOR MECONIUM ILEUS/NECROTIZING ENTEROCOLITIS
PEDIATRIC SURGERY - PYLOROMYOTOMY
PLASTIC SURGERY - SKIN GRAFTING
SKIN AND SOFT TISSUE - MELANOMA
SKIN AND SOFT TISSUE - RESECTION FOR SOFT TISSUE SARCOMA
SKIN AND SOFT TISSUE - RESECTION FOR SOFT TISSUE SARCOMA
SKIN AND SOFT TISSUE - SOFT TISSUE SARCOMAS OF THE EXTREMITIES
SURGICAL CRITICAL CARE - AIRWAY MANAGEMENT/VENTILATOR MANAGEMENT
SURGICAL CRITICAL CARE - APPLIED SCIENCE
SURGICAL CRITICAL CARE - APPLIED SCIENCE
SURGICAL CRITICAL CARE - APPLIED SCIENCE
SURGICAL CRITICAL CARE - CARDIOGENIC SHOCK
SURGICAL CRITICAL CARE - HYPOVOLEMIC SHOCK
THORACIC SURGERY - VALVULAR HEART DISEASE
THORACIC SURGERY - VALVULAR HEART DISEASE
TRANSPLANTATION - APPLIED SCIENCE
TRANSPLANTATION - RENAL TRANSPLANT
TRAUMA - DEBRIDEMENT OR GRAFTING OF MAJOR BURNS
TRAUMA - HEAD INJURY: PENETRATING AND CLOSED
TRAUMA - HEMOTHORAX
TRAUMA - INJURIES OF THE GASTROINTESTINAL TRACT
TRAUMA - INJURIES OF THE TRACHEA AND LARNYX
TRAUMA - INJURIES OF THE TRACHEA AND LARNYX
TRAUMA - INJURIES OF THE URINARY TRACT
TRAUMA - INJURIES OF THE URINARY TRACT
TRAUMA - INJURIES TO THE DUODENUM AND PANCREAS
VASCULAR - ACCESS - ARTERIOVENOUS GRAFT/FISTULA
VASCULAR - ACCESS - VASCULAR ACCESS FOR DIALYSIS
VASCULAR - ACCESS - VASCULAR ACCESS FOR DIALYSIS
VASCULAR - ARTERIAL DISEASE - COMPARTMENT SYNDROMES
VASCULAR - ARTERIAL DISEASE - PERIPHERAL ARTERIAL ANEURYSMS
VASCULAR - VENOUS - VENOUS THROMBOSIS/PULMONARY EMBOLISM

*Medical Knowledge*

**26 of 60 answered correctly. The SCORE curriculum outline topic areas for the incorrect answers are:**

ANESTHESIA - APPLIED SCIENCE
ANESTHESIA - APPLIED SCIENCE
ANESTHESIA - INTRAOPERATIVE MONITORING & COMMON INTRAOPERATIVE PROBLEMS
ANESTHESIA - INTRAOPERATIVE MONITORING & COMMON INTRAOPERATIVE PROBLEMS
ANESTHESIA - LOCAL AND REGIONAL ANESTHESIA - AGENTS AND TECHNIQUES
BIOSTATISTICS AND EVALUATION OF EVIDENCE - RESEARCH DESIGN
FLUIDS, ELECTROLYTES AND ACID-BASE BALANCE - APPLIED SCIENCE
FLUIDS, ELECTROLYTES AND ACID-BASE BALANCE - HYPOCALCEMIA AND HYPERCALCEMIA
IMMUNOLOGY - BASIC TRANSPLANT IMMUNOLOGY AND HISTOCOMPATIBILITY
IMMUNOLOGY - BASIC TRANSPLANT IMMUNOLOGY AND HISTOCOMPATIBILITY
INFECTION AND ANTIMICROBIAL THERAPY - APPLIED SCIENCE
INFECTION AND ANTIMICROBIAL THERAPY - BACTERIAL INFECTIONS IN SURGICAL PATIENTS AND THEIR TREATMENT
INFECTION AND ANTIMICROBIAL THERAPY - DIAGNOSTIC APPROACH TO INFECTIONS
MINIMALLY INVASIVE SURGERY - PRINCIPLES - PHYSIOLOGY CHANGES ASSOCIATED WITH PNEUMOPERITONEUM
MINIMALLY INVASIVE SURGERY - PRINCIPLES - PHYSIOLOGY CHANGES ASSOCIATED WITH PNEUMOPERITONEUM
MINIMALLY INVASIVE SURGERY - PRINCIPLES - PHYSIOLOGY CHANGES ASSOCIATED WITH PNEUMOPERITONEUM
NUTRITION AND METABOLISM - EFFECT OF SURGERY AND INJURY ON NUTRITIONAL REQUIREMENTS
NUTRITION AND METABOLISM - EFFECT OF SURGERY AND INJURY ON NUTRITIONAL REQUIREMENTS
NUTRITION AND METABOLISM - LONG-TERM NUTRITIONAL SUPPORT
ONCOLOGY AND TUMOR BIOLOGY - APPLIED SCIENCE
PHARMACOLOGY - APPLIED SCIENCE
PHARMACOLOGY - APPLIED SCIENCE
PHARMACOLOGY - APPLIED SCIENCE
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - COMMON POSTOPERATIVE PROBLEMS IN GENERAL SURGICAL PATIENTS AND THEIR TREATMENT
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - COMMON POSTOPERATIVE PROBLEMS IN GENERAL SURGICAL PATIENTS AND THEIR TREATMENT
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - PREOPERATIVE ASSESSMENT AND MANAGEMENT OF PULMONARY RISK
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - PREOPERATIVE ASSESSMENT AND MANAGEMENT OF PULMONARY RISK
TRANSFUSION AND DISORDERS OF COAGULATION - APPLIED SCIENCE
TRANSFUSION AND DISORDERS OF COAGULATION - APPLIED SCIENCE
TRANSFUSION AND DISORDERS OF COAGULATION - APPLIED SCIENCE
TRANSFUSION AND DISORDERS OF COAGULATION - NORMAL MECHANISMS OF HEMOSTASIS AND COAGULATION
WOUND HEALING - PHYSIOLOGY OF NORMAL WOUND HEALING
WOUND HEALING - PHYSIOLOGY OF NORMAL WOUND HEALING
WOUND HEALING - PHYSIOLOGY OF NORMAL WOUND HEALING

*Radiology*

**2 of 2 answered correctly.**

*Outcomes*

**0 of 2 answered correctly.**

*Ethics*

**2 of 3 answered correctly.**



# The American Board of Surgery
Incorporated

1617 John F. Kennedy Boulevard
Suite 860
Philadelphia, PA 19103
phone 215.568.4000
fax 215.563.5718
www.absurgery.org

## 2015 In-Training Examination

**Marshall University - Huntington, WV**  **Program: 0779**

**Report of Performance**  **Report C**

| | KLUG, REBECCA | Level: 2 | Identification Number: 656697484 |

Dear Doctor:

The following is information related to your performance on the examination. The total test percentile ranking is shown within the year level of training:

| Category | Percent Correct | Standard Score | Percentile |
|---|---|---|---|
| Applied Science | 46 | 244 | |
| Clinical Management | 54 | 317 | |
| Medical Knowledge | 53 | 270 | |
| Patient Care | 52 | 308 | |
| **Total Test** | **52** | **288** | **1** |

Listed below by content categories are the numbers of questions you answered correctly out of the total numbers of questions in each category. Also listed are the SCORE curriculum outline topic areas describing the content of questions you answered incorrectly. This list may be helpful to you in planning your continuing medical education. In the case of categories consisting of less than 10 questions, your performance may not accurately reflect your knowledge in these areas. Specific topics may apply to more than one examination question.

*Patient Care*

**90 of 176 answered correctly. The SCORE curriculum outline topic areas for the incorrect answers are:**

ABDOMEN - GENERAL - INTRA-ABDOMINAL ABSCESS
ABDOMEN - GENERAL - PERITONEAL NEOPLASMS - CARCINOMATOSIS
ABDOMEN - GENERAL - RECTUS SHEATH HEMATOMA
ABDOMEN - HERNIA - APPLIED SCIENCE
ABDOMEN - HERNIA - INGUINAL AND FEMORAL HERNIAS
ABDOMEN - BILIARY - APPLIED SCIENCE
ABDOMEN - BILIARY - GALLBLADDER POLYPS
ABDOMEN - BILIARY - PANCREATITIS - BILIARY
ABDOMEN - BILIARY - ULTRASOUND OF THE BILIARY TREE
ABDOMEN - LIVER - APPLIED SCIENCE
ABDOMEN - LIVER - APPLIED SCIENCE
ABDOMEN - LIVER - APPLIED SCIENCE
ABDOMEN - LIVER - HEPATIC ABSCESS
ABDOMEN - LIVER - HEPATIC ABSCESS
ABDOMEN - PANCREAS - APPLIED SCIENCE
ABDOMEN - PANCREAS - PANCREATECTOMY - TOTAL
ABDOMEN - PANCREAS - PANCREATIC NEOPLASMS - CYSTIC
ABDOMEN - SPLEEN - SPLENECTOMY - OPEN
ALIMENTARY TRACT - ESOPHAGUS - ESOPHAGEAL DIVERTICULA
ALIMENTARY TRACT - ESOPHAGUS - ESOPHAGEAL NEOPLASMS - MALIGNANT
ALIMENTARY TRACT - ESOPHAGUS - ESOPHAGEAL PERFORATION - REPAIR/RESECTION
ALIMENTARY TRACT - ESOPHAGUS - GASTROESOPHAGEAL REFLUX/BARRETT'S ESOPHAGUS
ALIMENTARY TRACT - ESOPHAGUS - HIATAL HERNIAS
ALIMENTARY TRACT - STOMACH - GASTRECTOMY - PARTIAL/TOTAL
ALIMENTARY TRACT - STOMACH - GASTRIC CANCER
ALIMENTARY TRACT - STOMACH - GASTROPARESIS
ALIMENTARY TRACT - SMALL INTESTINE - APPLIED SCIENCE
ALIMENTARY TRACT - SMALL INTESTINE - APPLIED SCIENCE

March 03, 2015 02:46 PM                                                                 Page 1 of 3

ALIMENTARY TRACT - SMALL INTESTINE - MECKEL'S DIVERTICULUM
ALIMENTARY TRACT - SMALL INTESTINE - MECKEL'S DIVERTICULUM
ALIMENTARY TRACT - SMALL INTESTINE - SMALL INTESTINAL CROHN'S DISEASE - OPERATIVE MANAGEMENT
ALIMENTARY TRACT - LARGE INTESTINE - COLECTOMY, PARTIAL - OPEN
ALIMENTARY TRACT - LARGE INTESTINE - COLON CANCER
ALIMENTARY TRACT - LARGE INTESTINE - COLON CANCER
ALIMENTARY TRACT - LARGE INTESTINE - DIVERTICULITIS
ALIMENTARY TRACT - LARGE INTESTINE - GASTROINTESTINAL BLEEDING - LOWER
ALIMENTARY TRACT - LARGE INTESTINE - ULCERATIVE COLITIS - OPERATIVE MANAGEMENT
ALIMENTARY TRACT - ANORECTAL - ANAL CANCER
ALIMENTARY TRACT - ANORECTAL - FECAL INCONTINENCE
ALIMENTARY TRACT - ANORECTAL - RECTAL PROLAPSE - REPAIR
ENDOSCOPY - APPLIED SCIENCE
ENDOSCOPY - COLONOSCOPY
ENDOSCOPY - LARYNGOSCOPY
BREAST - APPLIED SCIENCE
BREAST - APPLIED SCIENCE
BREAST - APPLIED SCIENCE
BREAST - APPLIED SCIENCE
BREAST - ATYPICAL LOBULAR HYPERPLASIA AND LOBULAR CARCINOMA IN SITU
BREAST - AXILLARY SENTINEL LYMPH NODE BIOPSY AND LYMPHADENECTOMY
BREAST - BREAST MASS
ENDOCRINE - ADRENALECTOMY
ENDOCRINE - APPLIED SCIENCE
ENDOCRINE - APPLIED SCIENCE
ENDOCRINE - HYPERPARATHYROIDISM
ENDOCRINE - HYPERPARATHYROIDISM
ENDOCRINE - PARATHYROIDECTOMY
ENDOCRINE - THYROID CANCER
ENDOCRINE - THYROID NODULE
SKIN AND SOFT TISSUE - BASAL CELL AND SQUAMOUS CELL CARCINOMA
SKIN AND SOFT TISSUE - MELANOMA AND NEVI
SKIN AND SOFT TISSUE - NECROTIZING SOFT TISSUE INFECTIONS
SURGICAL CRITICAL CARE - APPLIED SCIENCE
SURGICAL CRITICAL CARE - HYPOVOLEMIC SHOCK
SURGICAL CRITICAL CARE - OXYGEN ADMINISTRATION DEVICES
TRAUMA - BURNS - FLAME AND SCALD
TRAUMA - TEMPORARY CLOSURE OF THE ABDOMEN
TRAUMA - VASCULAR INJURY - THORAX
VASCULAR - ARTERIAL DISEASE - ACUTE ARTERIAL THROMBOSIS
VASCULAR - ARTERIAL DISEASE - APPLIED SCIENCE
VASCULAR - ARTERIAL DISEASE - APPLIED SCIENCE
VASCULAR - VENOUS DISEASE - VENOUS THROMBOSIS/PULMONARY EMBOLISM
VASCULAR - ACCESS - VASCULAR ACCESS FOR DIALYSIS
TRANSPLANTATION - INDICATIONS FOR TRANSPLANTATION (KIDNEY, LIVER, PANCREAS)
THORACIC SURGERY - APPLIED SCIENCE
THORACIC SURGERY - HEMOTHORAX
THORACIC SURGERY - LUNG CANCER
THORACIC SURGERY - PNEUMOTHORAX
PEDIATRIC SURGERY - CONGENITAL AGANGLIONOSIS (HIRSCHSPRUNG'S DISEASE)
PEDIATRIC SURGERY - MALROTATION
PEDIATRIC SURGERY - NECROTIZING ENTEROCOLITIS - OPERATION
PLASTIC SURGERY - ABDOMINAL WALL RECONSTRUCTION
GENITOURINARY - CYSTOSTOMY
GYNECOLOGY - ECTOPIC PREGNANCY
GYNECOLOGY - PELVIC INFLAMMATORY DISEASE
HEAD AND NECK - CRICOTHYROIDOTOMY
NERVOUS SYSTEM - PAIN, CHRONIC - MANAGEMENT

### Medical Knowledge

**33 of 62 answered correctly. The SCORE curriculum outline topic areas for the incorrect answers are:**

ANESTHESIA - ANESTHESIA, GENERAL - AGENTS AND TECHNIQUES
BIOSTATISTICS AND EVALUATION OF EVIDENCE - HOW DATA IS EXPRESSED AND SUMMARIZED
BIOSTATISTICS AND EVALUATION OF EVIDENCE - RESEARCH DESIGN
FLUIDS, ELECTROLYTES, AND ACID-BASE BALANCE - APPLIED SCIENCE
FLUIDS, ELECTROLYTES, AND ACID-BASE BALANCE - BODY FLUID COMPARTMENTS AND FLUID HOMEOSTASIS
FLUIDS, ELECTROLYTES, AND ACID-BASE BALANCE - HYPOKALEMIA AND HYPERKALEMIA
FLUIDS, ELECTROLYTES, AND ACID-BASE BALANCE - MAGNESIUM AND PHOSPHOROUS DISORDERS
GERIATRIC SURGERY AND END-OF-LIFE CARE - PREOPERATIVE EVALUATION OF GERIATRIC PATIENTS
IMMUNOLOGY - APPLIED SCIENCE
IMMUNOLOGY - APPLIED SCIENCE
IMMUNOLOGY - APPLIED SCIENCE
INFECTION AND ANTIMICROBIAL THERAPY - APPLIED SCIENCE
INFECTION AND ANTIMICROBIAL THERAPY - APPLIED SCIENCE

INFECTION AND ANTIMICROBIAL THERAPY - INFECTIONS - BACTERIAL, COMMON
INFECTION AND ANTIMICROBIAL THERAPY - INFECTIONS - FUNGAL, COMMON
INFECTION AND ANTIMICROBIAL THERAPY - PRINCIPLES OF ANTIMICROBIAL RESISTANCE
INFECTION AND ANTIMICROBIAL THERAPY - SURGICAL SITE INFECTIONS AND PROPHYLAXIS
NUTRITION AND METABOLISM - APPLIED SCIENCE
NUTRITION AND METABOLISM - APPLIED SCIENCE
NUTRITION AND METABOLISM - EFFECT OF SURGERY, ILLNESS, AND INJURY ON NUTRITIONAL REQUIREMENTS
NUTRITION AND METABOLISM - EFFECT OF SURGERY, ILLNESS, AND INJURY ON NUTRITIONAL REQUIREMENTS
ONCOLOGY AND TUMOR BIOLOGY - CHEMOTHERAPY - PRINCIPLES
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - APPLIED SCIENCE
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - EVALUATION OF SURGICAL RISK
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - PERIOPERATIVE MANAGEMENT OF THE THERAPEUTICALLY ANTICOAGULATED PATIENT
TRANSFUSION AND DISORDERS OF COAGULATION - APPLIED SCIENCE
TRANSFUSION AND DISORDERS OF COAGULATION - EVALUATION OF ONGOING BLEEDING AND LABORATORY ASSESSMENT OF COAGULATION
TRANSFUSION AND DISORDERS OF COAGULATION - TRANSFUSION - INDICATIONS, RISKS, TYPE AND CROSSMATCH, AND COMPONENT THERAPY
WOUND HEALING - WOUND CARE - POSTOPERATIVE

### *Ethics*

**3 of 3 answered correctly.**

### *Radiology*

**0 of 1 answered correctly. The SCORE curriculum outline topic areas for the incorrect answers are:**

RADIOLOGY



## 2016 In-Training Examination

**Marshall University - Huntington, WV**   Program: 0779

**Report of Performance**   Report C

Klug, Rebecca   Level: 2   Identification Number: 13521750779

Dear Doctor:

The following is information related to your performance on the examination. The total test percentile ranking is shown within the year level of training:

| Category | Percent Correct | Standard Score | Percentile |
|---|---|---|---|
| Applied Science | 49 | 263 | |
| Clinical Management | 55 | 326 | |
| Medical Knowledge | 51 | 313 | |
| Patient Care | 55 | 310 | |
| **Total Test** | **54** | **305** | **1** |

Listed below by content categories are the numbers of questions you answered correctly out of the total numbers of questions in each category. Also listed are the SCORE curriculum outline topic areas describing the content of questions you answered incorrectly. This list may be helpful to you in planning your continuing medical education. In the case of categories consisting of less than 10 questions, your performance may not accurately reflect your knowledge in these areas. Specific topics may apply to more than one examination question.

### *Patient Care*

**89 of 163 answered correctly. The SCORE curriculum outline topic areas for the incorrect answers are:**

ABDOMEN - GENERAL - RECTUS SHEATH HEMATOMA
ABDOMEN - HERNIA - APPLIED SCIENCE
ABDOMEN - HERNIA - APPLIED SCIENCE
ABDOMEN - HERNIA - INGUINAL AND FEMORAL HERNIA - LAPAROSCOPIC REPAIR
ABDOMEN - HERNIA - MISCELLANEOUS HERNIAS
ABDOMEN - BILIARY - CHOLECYSTOSTOMY
ABDOMEN - LIVER - APPLIED SCIENCE
ABDOMEN - LIVER - APPLIED SCIENCE
ABDOMEN - LIVER - APPLIED SCIENCE
ABDOMEN - LIVER - CIRRHOSIS/PORTAL HYPERTENSION (ASCITES)
ABDOMEN - LIVER - HEPATIC NEOPLASMS - METASTATIC
ABDOMEN - LIVER - HEPATIC NEOPLASMS - METASTATIC
ABDOMEN - LIVER - HEPATIC ULTRASOUND - INTRAOPERATIVE
ABDOMEN - PANCREAS - APPLIED SCIENCE
ABDOMEN - PANCREAS - PANCREAS DIVISUM
ABDOMEN - PANCREAS - PANCREATIC NEOPLASMS - ENDOCRINE
ABDOMEN - PANCREAS - PANCREATICODUODENECTOMY
ABDOMEN - PANCREAS - PANCREATICODUODENECTOMY
ABDOMEN - PANCREAS - PANCREATIC PSEUDOCYST
ABDOMEN - PANCREAS - PERIAMPULLARY NEOPLASMS - OTHER
ALIMENTARY TRACT - ESOPHAGUS - APPLIED SCIENCE
ALIMENTARY TRACT - ESOPHAGUS - APPLIED SCIENCE
ALIMENTARY TRACT - ESOPHAGUS - ESOPHAGEAL CAUSTIC INGESTION AND FOREIGN BODIES
ALIMENTARY TRACT - ESOPHAGUS - ESOPHAGEAL NEOPLASMS - BENIGN
ALIMENTARY TRACT - STOMACH - GASTRIC CANCER
ALIMENTARY TRACT - STOMACH - MORBID OBESITY - OPERATION

1617 John F. Kennedy Boulevard Suite 860 • Philadelphia, PA 19103 • ph. 215.568.4000 • www.absurgery.org

ALIMENTARY TRACT - STOMACH - STRESS GASTRITIS
ALIMENTARY TRACT - LARGE INTESTINE - COLONIC VOLVULUS
ALIMENTARY TRACT - LARGE INTESTINE - COLON NEOPLASMS - MISCELLANEOUS
ALIMENTARY TRACT - LARGE INTESTINE - GASTROINTESTINAL BLEEDING - LOWER
ALIMENTARY TRACT - LARGE INTESTINE - OBSTRUCTION - LARGE INTESTINAL
ALIMENTARY TRACT - LARGE INTESTINE - ULCERATIVE COLITIS - OPERATIVE MANAGEMENT
ALIMENTARY TRACT - ANORECTAL - ANAL FISTULOTOMY/SETON PLACEMENT
ALIMENTARY TRACT - ANORECTAL - APPLIED SCIENCE
ALIMENTARY TRACT - ANORECTAL - RECTAL CANCER
BREAST - MASTECTOMY - TOTAL, MODIFIED RADICAL, AND RADICAL
BREAST - PHYLLODES TUMOR
ENDOCRINE - ADRENAL MASS
ENDOCRINE - APPLIED SCIENCE
ENDOCRINE - APPLIED SCIENCE
ENDOCRINE - PARATHYROIDECTOMY
ENDOCRINE - THYROID CANCER
ENDOCRINE - ULTRASOUND OF THE THYROID
SKIN AND SOFT TISSUE - HIDRADENITIS
SKIN AND SOFT TISSUE - SKIN/SOFT TISSUE LESIONS - EXCISIONAL AND INCISIONAL BIOPSY
SKIN AND SOFT TISSUE - SOFT TISSUE SARCOMAS
SURGICAL CRITICAL CARE - AIRWAY MANAGEMENT/VENTILATOR MANAGEMENT
SURGICAL CRITICAL CARE - APPLIED SCIENCE
SURGICAL CRITICAL CARE - CARDIAC ARRHYTHMIAS - COMMON
SURGICAL CRITICAL CARE - NEUROGENIC SHOCK
TRAUMA - BURNS - ELECTRICAL AND CHEMICAL
TRAUMA - FOCUSED ASSESSMENT WITH SONOGRAPHY FOR TRAUMA (F.A.S.T.)
TRAUMA - HEAD INJURY - PENETRATING AND CLOSED
TRAUMA - PEDIATRIC TRAUMA
TRAUMA - RENAL INJURY
VASCULAR - ARTERIAL DISEASE - CEREBROVASCULAR DISEASE
VASCULAR - ARTERIAL DISEASE - DIABETIC FOOT INFECTIONS
VASCULAR - ARTERIAL DISEASE - PSEUDOANEURYSM - REPAIR
VASCULAR - VENOUS DISEASE - THROMBOPHLEBITIS - ACUTE AND SUPPURATIVE
VASCULAR - VENOUS DISEASE - VENOUS INSUFFICIENCY/VARICOSE VEINS - OPERATION
VASCULAR - ACCESS - ARTERIOVENOUS GRAFT/FISTULA
VASCULAR - ACCESS - VENOUS ACCESS DEVICES - INSERTION
TRANSPLANTATION - INDICATIONS FOR TRANSPLANTATION (KIDNEY, LIVER, PANCREAS)
THORACIC SURGERY - PLEURAL EFFUSION/EMPYEMA
PEDIATRIC SURGERY - IMPERFORATE ANUS - OPERATION
PEDIATRIC SURGERY - INGUINAL HERNIA - REPAIR
PEDIATRIC SURGERY - NECROTIZING ENTEROCOLITIS
PEDIATRIC SURGERY - NECROTIZING ENTEROCOLITIS - OPERATION
PLASTIC SURGERY - SKIN GRAFTING
GENITOURINARY - APPLIED SCIENCE
GYNECOLOGY - ENDOMETRIOSIS
GYNECOLOGY - OVARIAN NEOPLASMS - BENIGN AND MALIGNANT
NERVOUS SYSTEM - PAIN, ACUTE - MANAGEMENT
NERVOUS SYSTEM - PAIN, CHRONIC - MANAGEMENT

*Medical Knowledge*

**32 of 63 answered correctly. The SCORE curriculum outline topic areas for the incorrect answers are:**

ANESTHESIA - ANESTHESIA, REGIONAL AND LOCAL - AGENTS AND TECHNIQUES
ANESTHESIA - APPLIED SCIENCE
BIOSTATISTICS AND EVALUATION OF EVIDENCE - TESTS OF SIGNIFICANCE
FLUIDS, ELECTROLYTES, AND ACID-BASE BALANCE - APPLIED SCIENCE
FLUIDS, ELECTROLYTES, AND ACID-BASE BALANCE - BODY FLUID COMPARTMENTS AND FLUID HOMEOSTASIS
FLUIDS, ELECTROLYTES, AND ACID-BASE BALANCE - HYPOKALEMIA AND HYPERKALEMIA
FLUIDS, ELECTROLYTES, AND ACID-BASE BALANCE - HYPONATREMIA AND HYPERNATREMIA
GERIATRIC SURGERY AND END-OF-LIFE CARE - GOAL SETTING WITH ELDERLY PATIENTS AND FAMILIES
GERIATRIC SURGERY AND END-OF-LIFE CARE - PALLIATIVE AND HOSPICE CARE
IMMUNOLOGY - TRANSPLANT IMMUNOLOGY
INFECTION AND ANTIMICROBIAL THERAPY - APPLIED SCIENCE
INFECTION AND ANTIMICROBIAL THERAPY - INFECTIONS - BACTERIAL, COMMON
INFECTION AND ANTIMICROBIAL THERAPY - SURGICAL SITE INFECTIONS AND PROPHYLAXIS
MINIMALLY INVASIVE SURGERY - PRINCIPLES - PRINCIPLES AND TECHNIQUES OF ABDOMINAL ACCESS
NUTRITION AND METABOLISM - NUTRITIONAL ASSESSMENT, INDICATIONS, AND CHOICE OF ROUTE FOR NUTRITIONAL SUPPORT
NUTRITION AND METABOLISM - NUTRITIONAL ASSESSMENT, INDICATIONS, AND CHOICE OF ROUTE FOR NUTRITIONAL SUPPORT
NUTRITION AND METABOLISM - NUTRITIONAL PHARMACOLOGY AND IMMUNONUTRITION
NUTRITION AND METABOLISM - NUTRITIONAL PHARMACOLOGY AND IMMUNONUTRITION
NUTRITION AND METABOLISM - NUTRITIONAL PHARMACOLOGY AND IMMUNONUTRITION
ONCOLOGY AND TUMOR BIOLOGY - APPLIED SCIENCE
ONCOLOGY AND TUMOR BIOLOGY - RADIATION THERAPY - PRINCIPLES

PHARMACOLOGY - ADVERSE EFFECTS OF DRUGS COMMONLY USED IN SURGICAL PATIENTS
PHARMACOLOGY - APPLIED SCIENCE
PHARMACOLOGY - PRINCIPLES OF PHARMACOKINETICS, PHARMACODYNAMICS, AND MONITORING OF DRUG LEVELS
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - APPLIED SCIENCE
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - EVALUATION OF SURGICAL RISK
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - PERIOPERATIVE MANAGEMENT OF THE PATIENT ON CORTICOSTEROIDS
PREOPERATIVE EVALUATION AND PERIOPERATIVE CARE - PREOPERATIVE ASSESSMENT AND MANAGEMENT OF PULMONARY RISK
TRANSFUSION AND DISORDERS OF COAGULATION - EVALUATION OF ONGOING BLEEDING AND LABORATORY ASSESSMENT OF COAGULATION
TRANSFUSION AND DISORDERS OF COAGULATION - TRANSFUSION - INDICATIONS, RISKS, TYPE AND CROSSMATCH, AND COMPONENT THERAPY
WOUND HEALING - WOUND CARE - ADJUNCTIVE

*Outcomes*

**2 of 2 answered correctly.**

*Radiology*

**1 of 2 answered correctly. The SCORE curriculum outline topic areas for the incorrect answers are:**

RADIOLOGY