FINAL EVALUATIONS – PGY 1

MARSHALL SURGERY RESIDENCY PROGRAM – 2013-2014

Resident Name: REBECCA KLUG

Date: 6/6/14

| Summary of Evaluations | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Patient Care | Medical Knowledge | PB Learning | Interpersonal Communication | Professionalism | System based Practice | Overall |
| Faculty/Chief/Peer Evaluations | 3.40 | 3.40 | 3.38 | 3.45 | 3.44 | 3.45 | 3.42 |

| Procedures - Competency | | | | |
|---|---|---|---|---|
| Procedure | | Completed? | Competent to Perform Independently? | PD Approval |
| MEDIPORT INSERTION | | 1 | | |
| CONSCIOUS SEDATION | | 1 | | |

Remediation       YES ☐       NO ×

Research?    No Research

Step III: - Taken and Passed – 203

Conference Attendance – not in compliance  - 72%

ACS Fundamentals of Surgery Curriculum – did not complete – completed 30 0f 94 modules

ABSITE Score 1%

Evaluations000003

FINAL EVALUATIONS – PGY 1

MARSHALL SURGERY RESIDENCY PROGRAM – 2013-2014

Resident Name: REBECCA KLUG

Date: 6/6/14

**Administrative Comments:**

No issues with Administrative responsibilities

**Clinical Competency Committee Comments:**
No problems

Works hard – responsible

Reliable

Happy we are keeping her in the program

Case Log Reviewed with resident: **YES** NO   Case #: 97 cases logged   Last Activity: 1.9.14

**Program Director Comments:**

works hard, doing a good job.

Evaluations000004

FINAL EVALUATIONS – PGY 1

MARSHALL SURGERY RESIDENCY PROGRAM – 2013-2014

Resident Name: REBECCA KLUG                                          Date: 6/6/14

**Program Director Recommendations**

- Needs to read
- Improve ABSITE Score
- Start on research

Program Director: _____          Resident Signature: _____

Evaluations000005

MIDPOINT EVALUATIONS – PGY 2

MARSHALL SURGERY RESIDENCY PROGRAM

2014-15

Name:  REBECCA KLUG, MD                    Date of Evaluation:       11.25.14

| | Patient Care | Medical Knowledge | Systems Based Practice | PB Learning and Improvement | Professionalism | Interpersonal Skills and Communication | |
|---|---|---|---|---|---|---|---|
| MILESTONE LEVELS PER C3 MTG 11.18.14 | PC 1 –2.5 | MK1 -2.5 | SBP1 -2.5 | PBLI1-1.5 | PROF1-3 | ICS1-2 | |
| | PC 2 – 2.5 | MK 2- 2.5 | SBP2 -2.5 | PBLI2-1.5 | PROF2-3 | ICS2-2 | |
| | PC 3 – 1.5 | | | PBLI3-1.5 | PROF3-3 | ICS3-2 | |
| 360° Evaluations | SUPERIOR TO SATISFACTORY TO UNSATISFACTORY | | | | | | |
| Patient Evaluations | NONE COLLECTED | | | | | | |

| Education | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Completion of SCORE Assignments? | *YES 1/2, Not as much as she should* | | | | | | | | | | | |
| Conference attendance =>80% | 88% | | | | | | | | | | | |
| Exposure or participation in 50% of SCORE Curriculum Procedures assigned **AND CORRESPONDING SCORE MODULES COMPLETED** | | Lap Ex Lap ✓ | Lap Repair Ing.Fem Hernia | Open Repair Ventral Hernia ✓ | Open Chole w/wo Cholangio ✓ | Lap Chole w/wo Cholangio | Lap Liver BX ✓ | Perc Liver BX | Perc Endo Gastrostomy ✓ | Open SBR ✓ | Open Adhesiolysis ✓ | Ileostomy |
| | | Ileostomy Closure | Open Feeding Jejun. ✓ | Open Partial Colectomy ✓ | Colostomy ✓ | Esophagoas | Bronch | Lumpectomy ✓ | Total/Skin Sparing Mastec. | Sen. Lymp Node BX ✓ | Venous Insuff. Op for Varicose Veins | Arteriovenous Graft/Fistula |
| Write and submit Abstract on research topic chosen as PGY 1 to a state or national meeting for poster or oral presentation. <br> • Renew Citi Training Certification | *Drigs and Trauma pts* <br> (NO) | | | | | | | | | | | |
| ACLS and ATLS Training and Certification current | YES | | | | | | | | | | | |
| Remediation? | NO | | | | | | | | | | | |

| Case Logs | |
|---|---|
| Case Logs Reviewed with Resident? | YES – Has logged 97 cases as of 11.24.15. Has not logged any cases since January 2014. She need 153 more cases by the end of the year to achieve her 250 cases required by the ABS. |



MIDPOINT EVALUATIONS – PGY 2

MARSHALL SURGERY RESIDENCY PROGRAM

| Required Bedside Procedures - Competency | | |
|---|---|---|
| Procedure | Completed? | Credentialed to Perform Independently? |
| ADULT INTUBATION | 0 | NO |
| ADULT VENT MANAGEMENT | 0 | NO |
| CONSCIOUS SEDATION | 1 | NO |

**ADMINISTRATIVE RESPONSIBILITIES:**

DR. KLUG HAS A PROBLEM WITH HER ADMINISTRATIVE RESPONSIBILITIES.  SHE IS LATE LOGGING CASES, DUTY HOURS, BEDSIDE PROCEDURES, ALLSCRIPTS TASKS, EVALUATIONS, SIGNATURES, M&M LISTS AND IS FREQUENTLY ON THE DELINQUENT MEDICAL RECORDS LIST AT SMMC AND CHH.  DR. KLUG IS CREDENTIALED IN ALL THE BEDSIDE PROCEDURES EXCEPT ADULT INTUBATION, ADULT VENT MANAGEMENT AND CONSCIOUS SEDATION. CONCERNED ABOUT LACK OF CASES LOGGED.

**COMMENTS FROM FACULTY EVALUATIONS:**

- SATISFACTORY PERFORMANCE ON FLOOR. NURSES RESPOND WELL TO HER. HAS BASIC SKILLS AND DOES WARD PROCEDURES WELL. BEGINNING TO COME TO SURGERY AND INTERACT APPROPRIATELY. KNOWS WHEN TO ASK FOR ASSISTANCE. DOES VERY WELL WITH THE TEAM. ENERGETIC. ASKS APPROPRIATE QUESTIONS. SOMETIMES SLOW, OCCASIONALLY FORGETS. LISTENS TO COMMENTS AND CRITICISM AND REACTS AND LEARNS. WANT TO EDUCATE STUDENTS. QUIET. GOOD COMMUNICATOR TO PATIENTS AND FAMILIES. DOWN TO EARTH. SATISFACTORY PERFORMANCE THUS FAR. SEEMS TIMID ON OCCASION, WORKS WELL WITH OTHERS.
- DOING WELL. NEEDS TO WORK MORE EFFICIENTLY TO GET WORK DONE AND WILL GET MORE OUT OF OPERATING ROOM.

**COMMENTS FROM CCC MEETING NOVEMBER 18, 2014**

- WORKS HARD
- TENTATIVE
- READS AND COMPREHENDS
- MAKING GOOD PROGRESS
- STAYS IN THE BACKGROUND

Evaluations000142



MIDPOINT EVALUATIONS – PGY 2

MARSHALL SURGERY RESIDENCY PROGRAM

**STRENGTHS:**

- COMMUNICATION SKILLS WITH PATIENTS AND THEIR FAMILIES
- TEAMWORK

**WEAKNESSES/AREAS OF IMPROVEMENT:**

- WORK ON CONFIDENCE
- WORK ON SPEEDING UP FLOOR WORK SO SHE CAN GET MORE TIME IN OR
- NEEDS TO READ MORE AND USE SCORE CURRICULUM

**SELF-ASSESSMENT COMMENTS: GOALS TO WORK ON OVER THE NEXT SIX MONTHS:**

- TIME MANAGEMENT
- PROFESSIONAL INTERACTIONS
- RESEARCH

**ROTATIONS COMPLETED SINCE JULY 2014**

- GEN SURG– JULY/AUGUST
- BREAST – SEPT/OCT
- ENDOSCOPY – NOV/DEC – IN PROGRESS

**DOES THIS RESIDENT NEED REMEDIATION FOR ANY ISSUES?**

NO

**PROGRAM DIRECTOR COMMENTS/PLAN OF ACTION:**

_work on research and then progress_
_log cases on Theta names, complete bedside procedures by be yr End_
_administrative tasks need to be completed._
_be here as on time._