

12:29 PM

Friday, August 15, 2014

+1 304-751-0777

(1/2) You are now on suspension at CHH for not doing charts. If you don't get them done today, you will come in tomorrow morning at 6 am and sit in front of me

10:45 AM

+1 304-751-0777

(2/2) to get them done. Don't make me be here!

10:45 AM

+1 304-751-0777

Let me know when you are done with the records

11:46 AM

Klug Becky

Ok, I will

11:55 AM

+1 304-751-0777

How are the charts coming along?

5:52 PM

Klug Becky

Actually just opened cerner, should be completed soon.

5:53 PM

+1 304-751-0777

Cool

5:57 PM

Klug Becky

I have one more to do... Will finish after a see a pt with Dr Robinson

6:40 PM

Klug003694