**MARSHALL UNIVERSITY.**
Joan C. Edwards School of Medicine

w w w . m u s o m . m a r s h a l l . e d u

Farid B. Mozaffari, MD, FACS
Associate Professor, Plastic Surgery
Department of Surgery
Residency Program Director

March 16, 2015

Follow-up Letter: Rebecca Klug, MD
RE: Academic Performance

Dear Dr. Klug:

I am receipt of the Warning Letter that was given to you March 12th for your review. At the bottom of the letter, you wrote that you do not agree with the restraint decision of the Clinical Competency Committee (C3) described in the letter and you will be issuing a challenge to the matter.

I encourage you to do this and have included a copy of the GME Appeals Process for your review.

Farid B. Mozaffari, MD
Program Director_____  Date: 3/16/15

Rebecca Klug, MD:_____  Date: 3/16/15

C:    Paulette Wehner, MD, DIO
      David A. Denning, MD, Chairman

Attachment: JCESOM Policy on Resident/Fellow Appeal Procedure

WE ARE... **MARSHALL.**

1600 Medical Center Drive, Suite 2500 • Huntington, West Virginia 25701-3655 • Tel 304/691-1282 • Fax 304/691-1287
A State University of West Virginia • An Affirmative Action/Equal Opportunity Employer