**Subject:** ABSITE REMEDIATION
**Date:** Thursday, April 2, 2015 at 10:49:14 AM Eastern Daylight Time
**From:** Webb, Donna J.
**To:** Klug, Rebecca L.
**CC:** Mozaffari, Farid
**Priority:** High

**ON BEHALF OF DR. FARID MOZAFFARI, PROGRAM DIRECTOR..**

Dr. Klug,

As you know your recent score on the ABSITE exam for 2015 was 1%ile. Your remediation plan is listed below and you were given a copy of your exam so that you can see your topics missed.

- Complete 2 paragraph summary, single spaced, on all areas missed on ABSITE (Do not included any topic that includes APPLIED SCIENCE or is duplicated) You have approximately 81 topics that you need to work on. At least half of the topics should be turned in the Program Coordinator by June 30th and the other half by September 30, 2015). This is to be *your* summary of a topic, not cut and pasted from another source.
- Attendance and participation in at least 90% of Wednesday SCORE lectures/discussions
- Score of 70% or above on Wednesday exams.

If you have any questions regarding this remediation plan, please discuss with me immediately.

Donna C. Webb
Surgery Residency Coordinator
Marshall University – Joan C. Edwards School of Medicine
1600 Medical Center Drive
Huntington, WV  25701
304-691-1282 (O)
304-691-1287 (F)
cremeans16@marshall.edu

