

**MARSHALL UNIVERSITY**
Joan C. Edwards School of Medicine

www.musom.marshall.edu

Farid B. Mozaffari, MD, FACS
Associate Professor, Plastic Surgery
Department of Surgery
Residency Program Director

July 10, 2015

Rebecca Klug, MD
1860 – R McCoy Drive
Huntington, WV 25701

Dr. Klug,

I am in receipt of your correspondence with the GME office regarding your request for additional time off from your position. Dr. Wehner has approved your request to stay off until August 1st, 2015. Please remember to present your approval to return to work from Dr. Patton when you come back on August 1st.

Since it has been a while since we have talked, I wanted to make sure that you understand the parameters that are still in place for your remediation. I have modified the list since you are starting your PGY 2 over. Listed below are the things that need to be completed before you return to work on August 1, 2015.

- Please bring your ACGME case logs up to date and keep them up to date at all times.
- Give me an Outline of a personal study plan for 2015-2016.
- Establish an area or topic of research project and complete the CITI training and request IRB if applicable.
- Complete the ABS Flexible Endoscopy Curriculum – Level One (Curriculum attached)
- Complete the Intro to the Practice of Medicine Curriculum modules 2,4,8,9,10,21,22,24 and 25 (information attached)

The deadline for completion of the ABSITE Educational Enhancement requirement, under Required Work Effort will be moved to November 1st, 2015 since that is when everyone else has to submit theirs.

Additionally, in looking at your time off, I want you to be aware that there is the possibility that you may be short on the ABS requirement listed under "Leave During a Standard Five-Year Residency" that states, "For documented medical problems or maternity leave, the ABS will accept 142 weeks of training in the first three years of residency and 94 weeks in the last two years of residency." We are in the process of clarifying whether or not the time you took off in May and June will be counted since you are repeating your PGY 2 year. When you return we should meet and discuss the dates to make sure our records are in sync with yours.

I am happy to hear that you are doing well and we are eager to have you return to the program. Please keep in touch.

Sincerely,

*[signature]*

Farid B. Mozaffari, MD, FACS

**WE ARE... MARSHALL.**

1600 Medical Center Drive, Suite 2500 • Huntington, West Virginia 25701-3655 • Tel 304/691-1282 • Fax 304/691-1287
A State University of West Virginia • An Affirmative Action/Equal Opportunity Employer

Klug000308