Evaluation - Midpoint

Rebecca Klug, MD

January 4, 2016

Present: Farid Mozaffari, MD, Amanda Arrington, MD and Rebecca Klug, MD

C3 Committee Report was read to her. (attached) Doing the SCORE curriculum. Getting 86.7 on quizzes. She has completed her ASTS Transplant Curriculum. She has 86% attendance at weekly conferences. She has attended 100% of Journal Club. Her topic of research is Opiod Use in the Trauma Population, that she working on with Dr. Wolfer. She has not completed her IRB. Says she has put very little work into the project, as she has been busy with other things. As PGY 2 she must have abstract ready for next C3 meeting in May, 2016. She needs to complete IRB and gathering data. Dr. Arrington notified her that there is a research person to help her and her office is close to Dr. Gress. Dr. Klug knows and has talked with Dr. Gress about the project. Her Life Saving Certifications are up to date. Operative log cases were reviewed and she has 180 cases logged as of today. She stated that she has more cases that she has not logged, and she is going to OR more when "attendings don't kick her out." She mentioned that Dr. Adkins told her last week that a case she was working on with him was a "big boy" case and was a senior level case. The seniors were not available to operate as they were operating with other people. She said that Dr. Adkins told her that he would not be able to let her help much in the case and that if she wanted to leave she could. She left the OR. I asked her if Dr. Adkins directly asked her to leave and she said no, but that Dr. McCagg had also kicked her out of the OR several months before because of her hand lotion, which she said she had put on six hours before. Dr. McCagg told her the smell was giving her an asthma attack. She said that attendings generally do not make it welcome for her to be in the OR or they do not make her comfortable in the OR. At this point, I informed her that it was not the attendings responsibility to make her comfortable in the OR, but that their first priority was to the patient. She said she realized that and "I guess I shouldn't expect them to teach me", at which point, I cut her off and said that it is the attendings' responsibility to teach her, but not to go out of their way to make sure she is comfortable. I discussed the ABSITE and the requirement for her to get 60% this year. She achieved 52% last year. She said she is studying. As far as Administrative duties, she was told that she is frequently on delinquent medical records lists, which she denies and disagrees with. Duty hours were discussed and she was informed of the multiple violations. Regarding the short break and the overage on 24+4 ACGME requirements, she said that those were due to taking care of notes on the floor. She said that as a mid-level post call, she has to help the interns write notes and that puts her over her hours. She said that Chiefs expect her to get the notes completed before she leaves. I asked her if anyone had specifically told her she could not leave and she said no, but it is implied. Instructed her that unless she is actively involved with keeping a patient alive, she is to adhere to the ACGME duty hour restrictions and leave the hospital. Informed her that all the Chiefs have been instructed to monitor duty hours and make sure that no one violates the work hour restrictions. She said that in one

All evaluations and Clinical Competency Committee reviews have been reviewed with resident.

Program Director Comments/Plan of Action:

- Must complete all assignments above by deadlines given <u>case logs, Jan 11th</u>
- Resume weekly meetings with Dr. Amanda Arrington
- Still needs to work on interpersonal communication skills – difficult to know if she needs anything or has any problems because of her lack of communication
- Continue visits with therapist of her choice.
- CAN <u>not</u> violate 80 hour work limit, including 28 hrs on sunday - if so contact me

Resident Signature: _____ Date: 1/4/2016

Program Director Signature: _____ Date: 1/4/16

- ask other residents to help Dr. Klug in communicating c̄ other residents and if they see her withdrawing, talk to her, bring her back and help her talk.

- I will abstain from voting on Dr. Klug's promotion or actions deemed necessary by the C³.

Klug000312