## MEETINGS WITH BECKY KLUG

**THURS FEB 25**
Met for 10 minutes.

She said she had read over the Vascular Chapter in Sabiston but has not generated the outline for the Chapter as of yet. This is the first Chapter she has work on since ABSITE. She has logged onto SCORE and looked at TWIS questions. The plan is to have the outline done and start another chapter to correlate with the SCORE schedule. I talked to her about her contract that she signed regarding probation, and she recognizes that she will be held accountable for not starting sooner with having a study plan and working on outlines at least.

Stated that she met with Marshall HR regarding the Marco Yung incident and feels this has come to a conclusion. Said she is happy with the solution of keeping them away from each other....that this is all she expected or wanted as it is obvious they cannot work with each other.

Asked about Work hours and response was that she shouldn't have any unexcused violations

**FRIDAY FEB 19**
Met at 9:30 am. She has a meeting with Marshall HR and has been told Marco will be moved of of rotation so that they won't have to work together, which she stated is what she would prefer as she feels Marco discriminates against her.

Has not started to study yet nor generate outlines. Feels that she is at a point she cans start and her plan is to follow the SCORE schedule correlating it with chapters in Sabiston. Recognizes that she has not been following the agreement she signed, but stated she had a lot going on. Presented me with a printed out version of SCORE Schedule just in case I didn't have it.

In regards to Work Hours, states her violations are the 10 hour short break violations that can be excused.

**THURS FEB 4**
Had impromptu meeting with Becky today after a text asking if I had time. Entire meeting regarding VA rotation, frustrations with not getting into the operating room (currently on Endo rotation) when the interns are. She is on VA Endoscopy and on one occasion given a scope to simulate and practice for the morning without any patients. She was then instructed to go do consults. Frustrated that the interns on the Gen Surg rotation were in the OR while she was doing consults and not getting OR time. '

Bigger issue for her is the situation with Marco Yung. Apparently when Marco found out she was coming to the VA instead of another 2nd year resident, he made a statement in front of residents and medical students in the middle of a patient flow hallway that he would make her life as difficult as he could while she was at the VA. One such incident was that Yudina (a Gen Surgeon) asked Becky the day before a hernia repair to help her with the hernia repair the next day (this conversation was in front of the surgery team including Marco). The next morning Marco assigned an intern to that surgery...and told Becky she has to do what the chief resident tells her to do. Becky has reported this incident to Moz and is awaiting a solution.

**THUS JAN 22**