

**MARSHALL UNIVERSITY**

Joan C. Edwards School of Medicine
Department of Surgery
1600 Medical Center Drive, Suite 2500
Huntington, WV 25701-3655
(304) 691-1280

March 28th, 2016

RE: Non-Renewal of Contract

Dr. Klug:

This letter is to inform you pursuant to your Residency Notice of Appointment dated July 1, 2015-June 20, 2016, that your contract for continued residency training at the Marshall University Joan C. Edwards School of Medicine will not be renewed for the academic year July 1, 2016 through June 30, 2017. This notification is in adherence to Section II – Obligations of the School of Medicine and Affiliated Hospitals, Item number 18, located on the resident contract.

You have failed to meet the requirements as set forth in your residency Notice of Appointment, including but not limited to what we have previously discussed and documented. The Clinical Competency Committee believes that you will not be able to pass the Qualifying exam for the American Board of Surgery and that you will not be able to demonstrate sufficient professional ability to practice surgery competently and independently as required by the ACGME.

You will be expected to complete the remainder of the academic year, which will end on June 30, 2016, and perform your assigned clinical duties in a professional manner, return any identification badges, keys or parking passes to Lisa Kuehne at St. Mary's Hospital, Kathryn Mills at the VA and Maureen Effingham at Cabell Huntington Hospital. Any issues or problems with those duties will be grounds for immediate dismissal.

Again, please be advised that your Surgery Residency is terminated as of June 30th, 2016. Academic credit will be decided based on evaluations and meeting the goals and objectives of the participatory rotations, and a certificate will be issued outlining the number of months of credit given.

Please see attached a copy of the Appeals Due Process Policy if you should choose to appeal this decision.

Farid B. Mozaffari, MD, FACS
Program Director, General Surgery Training Program
Marshall University Joan C. Edwards School of Medicine

David A. Denning, MD, FACS
Chairman, Department of Surgery, Marshall University Joan C. Edwards School of Medicine

C:  Paulette Wehner, MD, DIO

A STATE UNIVERSITY OF WEST VIRGINIA
AN AFFIRMATIVE ACTION/EQUAL OPPORTUNITY EMPLOYER

Klug000317