| | |
|---|---|
| **From:** | Webb, Donna J. |
| **To:** | Arrington, Amanda K.; Beaver, Bonnie L; Bown, Paul; "charrison@suddenlink.net"; Denning, David A; Dustin Robinson; Robinson, Dustin; Errington Thompson; Kimberly Mann; Mozaffari, Farid |
| **Cc:** | Mozaffari, Farid; Wehner, Paulette; Dailey, Cindy S; Cartmel, Vicki S.; Klug, Rebecca |
| **Subject:** | Level One Appeal |
| **Date:** | Tuesday, April 5, 2016 9:39:35 AM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Clinical Competency Committee Meeting – tomorrow, Wednesday, April 6th, 7am, Surgery Conference Room.

Dr. Klug's – Level One Appeal

Donna C. Webb
Surgery Residency Program Administrator
Marshall University – Joan C. Edwards School of Medicine
1600 Medical Center Drive
Huntington, WV 25701
304-691-1282 (O)
304-691-1287 (F)
cremeans16@marshall.edu
jcesom.marshall.edu
facebook.com/MarshallSurgeryResidency



| | |
|---|---|
| From: | Klug, Rebecca |
| To: | Dr. Mozaffari; Donna Webb; Harrison |
| Subject: | Resident Appeal |
| Date: | Friday, April 1, 2016 4:12:06 PM |

Rebecca Klug, MD
1860-R McCoy Road
Huntington, WV 25701
(304) 634-1829
April 1, 2016

Dr. Farid Mozaffari
Surgery Residency Program Director
Marshall University Department of Surgery
1600 Medical Center Drive
Huntington, WV 25701

Subject: <u>Request for Appeal of Clinical Competency Committee's Decision of Non-renewal of Contract</u>

Dear Dr. Mozaffari,

This is a letter that I am submitting to the Department of Surgery as a Level One Appeal as outlined in the Department of Surgery Resident Handbook. I am hoping to be granted this first appeal within the department, prior to pursuing the appeal the Ad Hoc Committee. However, I will file this to the GME office in the case that a Level One Appeal to the C3 committee is not granted and this would require a review by the Ad Hoc Appeals Committee.

     This is a letter to appeal the decision of the C3 committee presented to me on 3/28/16, that my contract for the 2016-2017 academic year would not be renewed. The committee believes that I will not be able to pass the ABS Qualifying Examination following graduation from this program. I feel that this judgment is pre-mature and I would like more time to develop and prove my ability. Additionally, I am not fully aware of the requirements that I have failed to meet as stated in the letter. During my mid-point evaluation, I was made aware of one item that I was deficient in for promotion. This item has been completed. Finally, I would also like to mention that I have been recently diagnosed with attention deficit disorder and I am now undergoing successful treatment for that. This undiagnosed disorder has contributed to difficulties that I had during this program regarding my academics. With proper treatment, I feel that I should show dramatic improvement.

     The resolution I am seeking for this appeal would be to allow renewal of my contract and promotion to the next PGY level, as I have completed the requirements set forth in the handbook or further remediation with contract renewal.

Sincerely,
Rebecca Klug

| | |
|---|---|
| From: | Klug, Rebecca |
| To: | Wehner, Paulette; Dailey, Cindy S |
| Subject: | Resident Appeal |
| Date: | Friday, April 1, 2016 4:08:32 PM |

Rebecca Klug, MD<br>
1860-R McCoy Road<br>
Huntington, WV 25701<br>
(304) 634-1829<br>
April 1, 2016

Dr. Paulette Wehner, DIO
Vice Dean of Graduate Medical Education
1600 Medical Center Drive
Huntington, WV 25701

Subject: <u>Request for Appeal of Clinical Competency Committee's Decision of Non-renewal of Contract</u>

Dear Dr. Wehner,

This is a letter that I am submitting to the Department of Surgery as a Level One Appeal as outlined in the Department of Surgery Resident Handbook. I am hoping to be granted this first appeal within the department, prior to pursuing the appeal the Ad Hoc Committee. However, I will file this to the GME office in the case that a Level One Appeal to the C3 committee is not granted and this would require a review by the Ad Hoc Appeals Committee.

  This is a letter to appeal the decision of the C3 committee presented to me on 3/28/16, that my contract for the 2016-2017 academic year would not be renewed. The committee believes that I will not be able to pass the ABS Qualifying Examination following graduation from this program. I feel that this judgment is pre-mature and I would like more time to develop and prove my ability. Additionally, I am not fully aware of the requirements that I have failed to meet as stated in the letter. During my mid-point evaluation, I was made aware of one item that I was deficient in for promotion. This item has been completed. Finally, I would also like to mention that I have been recently diagnosed with attention deficit disorder and I am now undergoing successful treatment for that. This undiagnosed disorder has contributed to difficulties that I had during this program regarding my academics. With proper treatment, I feel that I should show dramatic improvement.

  The resolution I am seeking for this appeal would be to allow renewal of my contract and promotion to the next PGY level, as I have completed the requirements set forth in the handbook or further remediation with contract renewal.

Sincerely,<br>
Rebecca Klug