**MARSHALL UNIVERSITY**
www.marshall.edu

Joan C. Edwards School of Medicine
Department of Obstetrics and Gynecology

April 27, 2016

The Ad Hoc Appeals Committee heard the grievance filed by Dr. Rebecca Klug appealing the decision of the Surgery Department regarding non-renewal of her contract for the 2016-2017 academic year. Dr. Klug, Dr. Farid Mozzafari, Program Director for Surgery, and witnesses called by both parties presented statements and were interviewed by the Committee. Supporting documents were reviewed and discussed and after deliberation the Committee decided:

1. The resident's performance was judged fairly using common criteria established by the Program;

2. The resident was made aware of specific deficiencies to be corrected;

3. The resident was instructed to correct the deficiencies;

4. The resident was aware that the actions of the Program Director constituted remediation;

5. The resident's performance was re-evaluated according to established criteria common to the Program; and

6. There is no evidence that would indicate the original action of non-renewal should be overturned.

Therefore, the opinion of the Committee is to deny the appeal and uphold the decision of the Program Director.

Respectfully submitted,

Kevin J. Conaway, MD
Acting Chair, Resident Appeals Committee

&lt;image001.png&gt;

**From:** Klug, Rebecca [mailto:klug3@live.marshall.edu]
**Sent:** Friday, April 15, 2016 2:58 PM
**To:** Dailey, Cindy S; Wehner, Paulette
**Subject:** Resident Appeal

<div style="text-align: right;">
Rebecca Klug, MD
1860-R McCoy Road
Huntington, WV 25701
(304) 634-1829
April 15, 2016
</div>

Dr. Paulette Wehner, DIO

Vice Dean of Graduate Medical Education

1600 Medical Center Drive

Huntington, WV 25701

Subject: <u>Request for Appeal of Clinical Competency Committee's Decision of Non-renewal of Contract</u>

Dear Dr. Wehner,

This is a letter that I am submitting to the Department of Graduate Medical Education as a Level Two Appeal as outlined in the Department of Surgery Resident Handbook.

  This is a letter to appeal the decision of the C3 committee presented to me on 4/11/16, that my contract for the 2016-2017 academic year would not be renewed. The committee believes that I will not be able to pass the ABS Qualifying Examination following graduation from this program. I feel that this judgment is pre-mature and I would like more time to develop and prove my ability. During the C3 Committee appeal, Dr. Denning mentioned that he did not feel I had the stamina to complete surgical training and thought my struggles with depression would keep me from successfully completing surgical residency training. Additionally, I am not fully aware of the requirements that I have failed to meet as stated in the letter. During my mid-point evaluation, I was made aware of one item that I was deficient in for promotion. This item has been completed. Finally, I would also like to mention that I have been recently diagnosed with attention deficit disorder and I am now undergoing successful treatment for that. This undiagnosed disorder has contributed to difficulties that I had during this program regarding my academics. With proper treatment, I feel that I should show dramatic improvement.

  The resolution I am seeking for this appeal would be to allow renewal of my contract and promotion to the next PGY level, as I have completed the requirements set forth in the handbook or further remediation with contract renewal.

<div style="text-align: right;">
Sincerely,
Rebecca Klug
</div>

&lt;GME Committee Member list April 2016.docx&gt;

Resident Appeal Members and Schedule
Wednesday, April 27, 2016 – 1 pm
Academic Affairs Conference Room
3rd Floor, Room 3403, MU Medical Center

Committee Members:   Kevin Conaway, MD – Chair, OB/GYN Program Director, GME choice
Maria Trio Tirona, MD, Oncology Program Director, GME choice
Ellen Thompson, MD, Cardiology Program Director, GME choice
Kara Willenburg, MD, Assistant Program Director, Resident choice
Matthew Curry, MD, Resident Member of GME, Resident choice

1-1:15 pm        Dr. Kevin Conaway, Chair – Statement of the hearing process

1:15-2:15 pm    Resident presentation and witnesses
I. Resident Presentation
2. Witness 1
3. Witness 2

2:15– 3:15 pm   Program Director presentation and witnesses
1. Program Director Presentation
2. Witness 1
3. Witness 2

3:15-4:00 pm    Questions

4:00-4:30 pm    Private Committee Discussions

Klug003386