Rebecca Klug, MD
1860-R McCoy Road
Huntington, WV 25701
(304) 634-1829

May 9, 2016

Dr. Paulette Wehner, DIO
Vice Dean of Graduate Medical Education
1600 Medical Center Drive
Huntington, WV 25701

Subject: Request for Appeal of Clinical Competency Committee's Decision on Contract Renewal

Dear Dr. Wehner,

I am writing to appeal the decision of the ad hoc committee's decision to deny my appeal for non-renewal of contract as resident in the Department of Surgery.  This year has been more than difficult for me and I feel that I overcame many obstacles successfully.  Additionally, I completed the requirements for promotion to the next PGY level as set forth in the Surgery Resident Handbook. Finally, I completed the requirements in the letter issued to me that outlined requirements for remediation as I was repeating the PGY2 year.

The C3 committee believes that I will not be able to pass the ABS Qualifying Examination following graduation from this program. The evidence they have for this is poor performance on ABSITE over the past 3 years.  As is outlined in the handbook, poor scores on the ABSITE are not enough to have the resident remediate or dismissed from the program.  I feel that this judgment is pre-mature and I would like more time to develop and prove my ability.  I would have 3 years to improve my academics, which seems to be the only deficiency. Additionally, I am not fully aware of the requirements that I have failed to meet as stated in the letter. During my mid-point evaluation, I was made aware of one item that I was deficient in for promotion.  This item has been completed. Upon meeting with the C3 committee and the program director, I have not been given sufficient evidence or reasons that justify my dismissal. It appears, to me, that the ABSITE is my only serious deficiency. I have had a very difficult few years both personally and professionally; with the traumatic loss of my husband, my father and the bullying that I have been subjected to in this program.

My program director has not treated me fairly since my intern year.  He revoked my final vacation for the year, which was part of my contract, no other resident lost vacation time.  Finally, after 2 years of being the subject of bullying by a chief resident, I had resolution. Details of the bullying was well known by Dr. Mozaffari for a year and a

half before resolution was accomplished. Being the subject of such bullying created a very difficult working and learning environment for me. This situation contributed to the difficulties I had academically.  I feel that I have not been given a chance to prove that I can succeed, as I did prior to the situations being in these situations.  My program did not make me aware, at any point this academic year of even being a chance of occurring.

The resolution I am seeking for this appeal would be to allow renewal of my contract and promotion to the next PGY level, as I have completed the requirements set forth in the handbook or further remediation with contract renewal.  Given my situation over the past few years, I feel that I deserve a bit more patience to prove that I will be a successful independent surgeon.  Additionally, I feel that it is not fair to me that I would this career ruining decision was made without providing me any warning that I was not on track through the year.

Sincerely,

Rebecca Klug