Case 3:18-cv-00711  Document 136-21  Filed 04/09/21  Page 1 of 1 PageID #: 951



**MARSHALL UNIVERSITY**
Joan C. Edwards School of Medicine

www.musom.marshall.edu

Office of Graduate Medical Education

May 24, 2016

Rebecca Klug, M.D.
1860-R McCoy Road
Huntington, WV 25701

Dear Dr. Klug,

In response to your Level III appeal regarding the non-renewal of your contract, please be advised that the decision of Dean Joseph Shapiro is to uphold the decisions of the Ad Hoc Committee (Level II Appeal) as well as the General Surgery Program's Clinical Competency Committee (Level I Appeal). The decision was rendered to you verbally on Monday, May 23, 2016.

Please call if you have any further questions.

Respectfully,

Paulette S. Wehner, M.D.
DIO/Vice Dean of Graduate Medical Education

Joseph I. Shapiro, M.D.
Dean

WE ARE... MARSHALL

Marshall University Medical Center • 1600 Medical Center Drive, Suite 2582 • Huntington, West Virginia 25701-3655 • Tel 304/691-1824 • Fax 304/691-1818
A State University of West Virginia • An Affirmative Action/Equal Opportunity Employer

Klug000320