

**MARSHALL UNIVERSITY**
Joan C. Edwards School of Medicine
www.musom.marshall.edu

Office of Graduate Medical Education

March 26, 2013

Rebecca Klug
946 Madison Avenue, Apt. 12
Huntington, WV 25704

Dear Rebecca:

It is with great pleasure that the Office of Graduate Medical Education welcomes you to the Marshall University Joan C. Edwards School of Medicine Surgery Preliminary Training Program.

I would like to congratulate you on your match, and let you know that we are very excited to have you begin your training on July 1, 2013. Your Program will be communicating with you for additional information, as well as requiring you to complete mandatory training. Orientation at Marshall will begin on Wednesday afternoon, June 19, 2013 at 12:30 p.m. in the Harless Auditorium located in the Marshall Medical Center, 1600 Medical Center Drive, ground floor to the left just inside the main entrance.

Below is a web address with various credentialing forms, mandatory training and orientation information.

http://musom.marshall.edu/residents/orientation.asp

The list is quite lengthy so you will want to start it immediately to complete. Documents should be submitted to your program coordinator in PDF format. If you have any questions or concerns, please contact your coordinator or Cindy Dailey at 304-691-1817.

The Office of Graduate Medical Education is located on the second floor of the Marshall Medical Center, Suite 2582. Please stop by any time to introduce yourself, pick up a snack and cup of coffee.

Again, welcome to the Marshall Family!

Truly yours,

Paulette S. Wehner, MD, FACC, FCCP, FACP
DIO, Senior Associate Dean for Graduate Medical Education

Welcome!

## WE ARE... MARSHALL.

Marshall University Medical Center • 1600 Medical Center Drive, Suite 2582 • Huntington, West Virginia 25701-3655 • Tel 304/691-1824 • Fax 304/691-1818
A State University of West Virginia • An Affirmative Action/Equal Opportunity Employer

Klug001021