

Marshall University
Joan C. Edwards School Of Medicine

# Chief Resident Award

2013–2014

*Given to the Intern that exemplifies the best work ethic and most dedication to the pursuit of excellence in general surgery*

*Dr. Rebecca Klug*

Presented by Drs. Adkins, Bair and Zhang

Klug000898