**MARSHALL UNIVERSITY**
Joan C. Edwards School of Medicine
www.musom.marshall.edu

Farid B. Mozaffari, MD, FACS
Associate Professor, Plastic Surgery
Department of Surgery
Residency Program Director

March 12, 2015

Warning Letter: Rebecca Klug, MD
RE: Academic Performance

Dr. Klug,

The Clinical Competency Committee met last night and discussed your recent performance on the ABSITE exam. Because there was no improvement from last year's ABSITE, which was well below national average and what is expected of our residents, the lack of keeping up with your scheduled reading assignments and didactics, not turning in your research project as required, the Committee decided that you will not be promoted to the PGY 3 level, but remain at the PGY 2 level.

Plan of Action:

1. Dr. Klug will meet with a mentor weekly and a plan for improvement must be developed (copy must be submitted to the Academic office)
2. Dr. Klug will be enrolled in the Marshall Help Program to identify possible test taking problems and be given test taking strategies.
3. She will also be given weekly exams along with the rest of the residents.

Signing this document means that you understand the situation that has been addressed in this letter.

Rebecca Klug, MD: _____ Date: _____

Farid Mozaffari, MD
Program Director: _____ Date: _____

*Donna Webb*
3/10/15

3/12/2015

I have read the above letter & spoken with Dr. Mozaffar & Donna Webb this evening. I understand their concerns, I feel that providing me a brief extension to first prove that I could make improvmts and bring myself up to speed on all of the above would be a fair alternative. Therefore, I do not agree with the restraint & will be issuing a challenge to the matter.

Klug MD

**WE ARE... MARSHALL**
1600 Medical Center Drive, Suite 2500 • Huntington, West Virginia 25701-3655 • Tel 304/691-1292 • Fax 304-691-1287

Klug000297