**Marshall University – Joan C. Edwards School of Medicine**
**Department of Surgery**
**Educational Enhancement Program**
**For Poor Academic Performance**

Resident Name: <u>Rebecca Klug</u>　　　　　　　　　　　PGY: 2

Educational Enhancement Issue:　　Poor Academic Performance

## FOCUSED ISSUES FOR EDUCATIONAL ENHANCEMENT:

1. Improve academic Performance

2. Focus on recognizing and developing personal reading and retention skills particular to knowledge assessed in the ABSITE Exam. Assignments made by Dr. Amanda Arrington, your educational mentor.

   Text that Dr. Arrington will use is Sabiston

## REQUIRED WORK EFFORT

1. 100% completion of the weekly SCORE curriculum (catch up from last year to present)
2. 100% attendance at all conferences (except scheduled vacation)
3. Minimum average score of 70% on weekly exams
4. Strict adherence to the 80 hour work week and call restrictions/regulations without any exceptions. (Dr. Klug herself is responsible for keeping track of her duty hours and reporting of her duty hours within 24 hours of completing her daily work. Any violation of the 80 hour work week has to be immediately reported to the program director and to the administrative chief.)
5. Timely completion of all administrative duties, charts, and documentations
6. Maintaining updated ACGME case logs.
7. Weekly meetings with Dr. Amanda Arrington, to be scheduled and adhered to by Dr. Klug. Dr. Arrington will give Dr. Klug assigned reading and work to be done and will monitor her progress and participation and report back to the Program Director on a weekly basis.
8. All conditions listed above are in addition to the criteria for promotion from PGY-2 to PGY-3 that is already stated in the resident hand book and required by the American Board of Surgery as well as the requirements of the ABSITE policy. For the sake of clarification, I have listed those conditions below:

   a. Write and submit an abstract on research topic chosen as a PGY 1 to a state or national meeting for poster or oral presentation. Abstract must be discussed with Program Director before submission.
   b. Completion of ASTS Transplant Curriculum on SCORE
   c. Exposure or participation in 50% of the SCORE Curriculum Procedures (see attachment for procedures)
   d. ABS Requirement – resident will be required to have performed 250 cases by the conclusion of the PGY 2 year.
   e. PGY 2 must prove competency by acquiring the requisite number of procedures under direct supervision by a PGY 4 or 5 resident or an attending physician. (see attachment for procedures)
   f. ABSITE Policy - Complete 2 paragraph summary, single spaced, on all areas missed on ABSITE (Do not included any topic that includes APPLIED SCIENCE or is duplicated) You have approximately 81 topics that you need to work on. At least half of the topics should be turned in the Program Coordinator by June 30th and the other half by September 30, 2015). This is to be <u>your</u> summary of a topic, not cut and pasted from another source.

Klug000304

g.   Dr. Klug will continue to be excused from work duties for any scheduled doctor's appointments.

All of these requirements must be completed by June 15, 2015. In late June, Dr. Klug will be given an exam similar to ABSITE and must obtain a minimum of 65% correct answers. Failure to comply with any of the conditions listed above will result in non-promotion to PGY-3 and repeating PGY-2 year.

Faculty Signature: _____ Date: 4/20/15

Resident Signature: _____ Date: 4/20/2015

Klug000305