**Webb, Donna J.**

---

| | |
|---|---|
| From: | Arrington, Amanda K. |
| Sent: | Wednesday, May 13, 2015 9:40 PM |
| To: | Mozaffari, Farid; Webb, Donna J. |
| Subject: | Remediation on hold. |

After everything in the last 24 hours, I just wanted to put it in writing that my sessions with Becky Klug will be put on hold until further notice. I will be more than happy to meet with her or contact her for moral support, but my understanding is she wants peace and no contact right now. Therefore, when/if she makes the decision to return and at a place in her life where she can focus, we can restart the process at that time. It is not fair to her to hold this over her head when her life is upside down right now.

Putting my two cents in, perhaps she needs to take an extended time off to refocus and recover (heck I would completely understand if she needed 6 months or a year even), and then return either as a 3rd year (just 6 months off cycle) or as a 2nd yr again. She already is isolated and alone it seems, I am afraid that she will isolate herself even more and I don't know what we can do about it. I want to help however I can

Thoughts?

Thanks

Amanda

*Amanda K Arrington, MD*

Surgical Oncology
Assistant Professor

Marshall University Department of Surgery
Edwards Comprehensive Cancer Center
1400 Hal Greer Blvd
Huntington WV 25701

Office 304-399-6600
Fax 304-399-6604
Pager 304-690-7040

Email Arrington21@marshall.edu
Email Amanda.arrington@chhi.org

1