**From:** Klug, Rebecca Lynn
**To:** Mozaffari Dr.; Webb Donna J.
**Subject:** Issues...
**Date:** Saturday, June 20, 2015 5:03:44 PM

Dr Mozaffari--

I hope you are feeling better. I am sorry this is so long. But I need to get this off my plate before I end up in the same place again.
Just wanted to let you known that I having issues with Marco. I am trying not to let it bother me and I am not letting him see that I am bothered by him. But I am afraid its going to become a bigger problem for me if I don't vent to you. I do understand that he is now the chief and things are different. But what's going on is frustrating to me and I dont want this to become a bigger problem.

1- i wrote notes on denning's pts he got upset by that and discarded mine to write his, and told me he would be the one writing on Denning pts, thus wasting my time.

2- he doesnt listen to me at all when i am checking out a pt to him. Yesterday he ignored the fact that he agreed to have robinson scope a pt before he left, so he really wasnt listening. Or barely responds so then i dont know what he wants to do.

3- when i do make decisions on pt care- he adamantly criticizes my decisions and basically always tells me I am wrong; but we usually end up with my plan after the attending sees them

4- He had a temper tantrum in the ICU one day and openly blamed me to the nurses, who told me about it later. He lost his cool because he wasnt listening to what I had told him several times that day. The nurses knew the back story and warned me about it. I am sorry if he doesnt like to work with me.
5- this morning he wouldnt let me call you with the consults and 2 hrs later thompson was upset we hadnt called you and told him to do it. I dont know why he wouldnt let me. I am sorry if he doesnt like to work with me. I really am trying.

My first week back was horrific, my first trauma day one was a self inflicted gsw to the head. I stuck it out and worked hard that day, marco told uffort I left work during the trauma. I didn't- I stayed and worked on him and rounded with denning until we finished and he sent me home at 6pm. Marco and uffort were very upset that i switched one of my days off a few weeks ago; but i was exhausted emotionally and physically and uffort through this in my face at the roast. I was very hurt by that. I thought he understood and I thought donna and kamren were ok with it. If having me back is actually a burden to the program I would like to know. I was behind in my paperwork during the first few weeks. But this has improved! If the other residents have a problem with me working here I would like to know; thats how Marco is making me feel. And I dont want to be in a place that people dont want me around. The attendings have not given me that impression. I want to be a surgeon, this will not stop me from achieving that goal. This career is the one thing bring me joy in my life right now, because I think I am doing a good job and I am helping people. And after all I need to help all the people I can because I guess I couldn't help the one I cared most about.

I am not expecting "special treatment" by any means. But I just want to not feel he would be better off without me there. If that is the case, then I should be somewhere else or not at work entirely.

I am aware that some of my fellow residents think I overreact at times and take things personally. But I feel like that can be a good quality because I try to stand up for what is fair and just.

Sorry for the length of this email.

Becky

Klug003258