## MIDPOINT EVALUATION
## CRITERIA AND MILESTONES FOR PROMOTION
## PGY 2
## DR. REBECCA KLUG
## 2015-16

### EDUCATION PROGRAM REQUIREMENTS

| | | ACTION |
|---|---|---|
| Attendance and submission of exams for 80% of weekly didactic lectures from the SCORE Curriculum | ✓ | |
| Score of 70% or higher on weekly exams | 86.7% On ~~October Quiz~~ Mthly Quizzes | |
| Completion of ASTS Transplant Curriculum | ✓ | |
| 80% attendance at weekly conferences | 86% ✓ | |
| 80% attendance at Journal Club | 100% ✓ | |
| Abstract submission on research topic chosen as PGY 1 to a state or national meeting for poster or oral presentation | No Research Project established as Intern, no abstract submitted as PGY 2 | Write and submit an abstract to a state or national meeting for poster or oral presentation by _have abstract written by next C' meeting in May_ _Opiod Use in trauma population, No IRB, d/w verf on it_ |
| Life-Saving Certifications up to date | Current ✓ | |
| Operative logs reviewed with PD | Yes | Operative Logs show 180 cases logged. Must have 250 cases logged by Final evaluation in June, 2016 _Not up to date_ |
| Score of 60% correct on ABSITE | 52% January 2015 | |
| Timely completion of Admin duties | Frequently on delinquent medical records lists. Does not log duty hours in a timely manner. Has not logged duty hours since September 16, 2015. Has 14 duty hour violations since June 7, 2015. Has 5 of those violations must have resident submitted justification for PD to review. | Must log duty hours and provide justification for the five duty hour violations, dated June 7, 2015 through August 30, 2015 by _____ And notify PD when completed. |
| Written study plan submitted at beginning of each new academic year (end of July) to PD or PA | study plan submitted ✓ | |

### EDUCATION/AMERICAN BOARD OF SURGERY REQUIREMENTS

| | | |
|---|---|---|
| Complete Level Two of ABS Flexible Endoscopy Curriculum | ✓ | |

| EDUCATION: GME – INTRO TO THE PRACTICE OF MEDICINE CURRICULUM | | |
|---|---|---|
| Complete modules 2,4,8,9,10,21,22,24 and 25 by December 1 | completed | |
| Complete at least one QI/PS project and present at the Annual Quality and Safety Summit in November of each year | QI/PS project submitted for November Summit | The Post Operative Check List Should start preparing abstract for submission for publication for her PGY 3 year. |
| **PROCEDURES: EXPOSURE – PROGRAM REQUIREMENTS** | | |
| Exposure of participation in at least 50% of the SCORE Curriculum Procedures listed in Resident Handbook. Must be able to show documentation on case log report during evaluation. | ✓ | |
| **PROCEDURES: AMERICAN BOARD OF SURGERY REQUIREMENTS** | | |
| Residents are required to have performed at least 250 operations by conclusion of PGY 2 year | Has logged 180 Cases  ill (*of them tot*) | Must have 250 cases as First Assistant and Surgeon Junior by June, 2016 |
| **PROCEDURES: COMPETENCY PROGRAM REQUIREMENTS** | | |
| PGY 2 residents must prove competency in the procedures listed in the Resident Handbook (last two of each procedure must be reviewed by the PD for patient outcomes.) Resident must come to evaluations with patient information such as medical record number and hospital where procedure was performed for procedures that he/she is not privileged in. | | |
| • Intern procedures still not completed/credentialed to perform without supervision | • Conscious Sedation  *states have been logged.* | Have all of these procedures completed and ready for Dr. Mozaffari to approve to perform independently by :_____ |
| • PGY 2 procedures still not completed/credentialed to perform without supervision | • Adult Vent Management • Burn Resuscitation • Trauma Resuscitation • Adult Intubation | Is eligible for approval to perform Conscious Sedation with 8 cases logged and 6 of those approved. |

MU 000652

All evaluations and Clinical Competency Committee reviews have been reviewed with resident.

Program Director Comments/Plan of Action:

- Must complete all assignments above by deadlines given *case logs, Jan 11th*
- Resume weekly meetings with Dr. Amanda Arrington
- Still needs to work on interpersonal communication skills – difficult to know if she needs anything or has any problems because of her lack of communication
- Continue visits with therapist of her choice.

*CA is not violating 80 hour work limit, including 28 hrs on Saturday if so contact me.*

Resident Signature: _____ Date: 1/4/2016

Program Director Signature: _____ Date: 1/4/16

- ask other residents to help Dr. Kleg in communicating c other residents and if they see her withdrawing, talk to her, bring her back and help her talk.

- I will abstain from voting on Dr. Kleg's promotion or actions deemed necessary by the C³.