**From:** Klug, Rebecca
**To:** Dr. Mozaffari; Donna Webb
**Subject:** Case Log
**Date:** Tuesday, January 5, 2016 3:18:07 PM
**Attachments:** Klug Case Log.pdf

Case Log – at 250 cases

Klug003309