**From:** Webb, Donna J.
**To:** Klug, Rebecca
**Subject:** RE: Abstract
**Date:** Monday, March 28, 2016 2:20:32 PM

Yes ma'am

**From:** Klug, Rebecca [mailto:klug3@live.marshall.edu]
**Sent:** Monday, March 28, 2016 1:48 PM
**To:** Webb, Donna J.
**Subject:** Abstract

Dear Donna,

Attached is my abstract for ACS, could you submit this for me please? Could you also make a note in my file that this task has been completed? Thank you very much for your assistance.

Sincerely,

Becky Klug

Klug001179