Rebecca Klug
1860-R McCoy Rd
Huntington, WV 25701

Monday, February 8, 2016

Dear Dr. Denning, Dr. Mozaffari, Dr. Harrison, and Dr. Arrington,

This letter is regarding my formal complaint of Dr. Yung as a bully in the workplace and creating a hostile work environment In order to capture the gravity of this situation I felt it was necessary to provide a timeline of our interaction, highlighting some of the points that greatly affected me. These episodes are prime examples of Dr. Yung abusing his authority, which manifests as bullying, and harassment.

1. **July 2014**
    a. I had an issue that had nothing to do with him; it was between my chief and I. This issue was being worked out with the administrative chief. Dr. Yung found out about the issue and took me aside in the call room for 1 hour. During this time he berated me, on many levels. Told Dr. Knight he could not come in the room, even though I requested his presence, as I did not feel safe. The things he said to me caused emotional distress and anxiety. He ended the verbal assault with, "If you ever tell anyone, I will make your life hell." So I stayed quiet for 6 months.

2. **November/December 2014**
    a. Stated on several occasions that it was his goal to get one of my colleagues fired so that Dr. Amiri could take his spot.
    b. When discussing minor issues at work over lunch, Dr. Yung stated that I should not complain, because I was lucky that I even had a job
    c. Allowed the interns to take 7 days off for the Christmas/ New Year's holiday break, while I had the usual 3 days off and was left with no intern for a several days.
    d. On a daily basis he watched offensive videos on the computer station next to mine with very loud audio. The content included: sex, violence and discriminatory material directed at women and minority groups. I informed him that this was offensive to me; he stated that he didn't care. He would often involve the interns in the watching of the videos; leaving me to do the days work.

3. **January 2015**
    a. I finally spoke to Donna Webb and Dr. Mozaffari about my issues with Dr. Yung. Dr. Wehner was also informed. I was not scheduled to work with him again until June 2015.

Klug000313

4. **June 2015**
    a. Dr. Yung removed daily progress notes from the chart that I had written on Dr. Denning's patients in front of me; he stated that only he would write on Dr. Denning's patients.
    b. Dr. Amiri was assigned to help us at St Mary's since we only had 3 residents, he took him to the OR for all cases and did not have him help with consults.
    c. Per a neurotrauma ICU nurse, Dr. Yung spoke inappropriately about me using profanities. The nurse warned me that Dr. Yung was very upset with me and this outburst occurred in the presence of a surgical attending.
    d. Per my colleagues, he informed, them that:
        i. I left a trauma at noon and went home because I could not handle it and he had to take over the work. When, I was by Dr. Denning's side until he dismissed me home at 7pm.
        ii. I left my work on a Saturday morning to help out at ATLS on my own volition. The truth was that I was post-call and asked by Connie and Stacy Jones to help on my own time.
        iii. I did not show up to work, they did not know where I was. I was at work I wrote notes, I saw patients. Dr. Yung held checkout earlier than the usual 530am time and would not respond to my multiple text messages that I was in the building and looking for him.
    e. I brought the latest issues to the attention of Dr. Mozaffari and Donna Webb. They concluded that I would need to be medically cleared to come back to work. None of the complaints I had against Dr. Yung were even investigated to my knowledge, I was told that Dr. Yung was in the right on all occasions. Basically, they would not even listen to my side of the stories and I was dismissed. This lead to the committee deciding not to promote me, per Dr. Mozaffari, I was going to challenge but I decided that I did not have any strength left to fight.

5. **December 2015**
    a. I was assigned to cases, he took them and told me not to scrub

6. **January 2016**
    a. Verbal assault on my character by Dr. Yung in front of medical students, surgical residents and VA physician's assistant

7. **February 2016**
    a. Assigning good general surgery cases to interns, no cases to me
    b. Reassigning cases to an intern that the attending asked me to be involved in the previous day

Dr. Yung has a history of bullying me and creating a hostile work environment. I have personally witnessed and heard about episodes of Dr. Yung treating my colleagues in similar ways. Without a doubt, this treatment caused emotional distress and anxiety affecting my work and home life. Finally, though the most recent interaction may not have been so serious, the fact that it is occurring again is causing me the same emotional distress.

Sincerely-

Rebecca Klug, MD PGY-2

Klug000314