**From:** Hart, Debra
**To:** Klug, Rebecca
**Subject:** Re: Scheduled meeting at 2:00 p.m. Today
**Date:** Monday, February 15, 2016 11:18:23 AM

I appreciate your candid conversation this morning regarding the matter we discussed in your complaint.

I look forward to reviewing additional information as discussed,

Debbie Hart

sent from my IPAD Debbie Hart

On Feb 15, 2016, at 9:47 AM, "Klug, Rebecca" <klug3@live.marshall.edu> wrote:

> 3046341829
>
> Rebecca Klug, MD
> PGY-2
>
> On Feb 15, 2016, at 9:46 AM, Hart, Debra <hart70@marshall.edu> wrote:
>
> Can you forward your contact number?
>
> Sent from my iPhone
>
>> On Feb 15, 2016, at 9:38 AM, Klug, Rebecca <klug3@live.marshall.edu> wrote:
>>
>> Its up to you, I can make it if you can.
>>
>> Rebecca Klug, MD
>> PGY-2
>>
>> On Feb 15, 2016, at 9:21 AM, Hart, Debra <hart70@marshall.edu> wrote:
>>
>> Good Morning-due to inclement weather conditions, should we consider rescheduling our meeting for today?
>>
>> Cordially,
>>
>> Debbie Hart
>>
>> sent from my IPAD Debbie Hart