

## OFFICE OF EQUITY PROGRAMS
## COMPLAINT FORM

**Form may be completed online.**

NAME: Rebecca Klug, MD

PHONE NO: 304 634 1829

E-MAIL ADDRESS: klug3@marshall.edu

CAMPUS ADDRESS: Dept of Surgery at Marshall Medical Center, 1600 Medical Center Drive Huntington, WV 25701

STATUS: Post-Graduate Year 2

(Faculty, Staff, Graduate, Undergraduate)

HOME ADDRESS: 1860-R McCoy Road

CITY: Huntington  STATE: WV  ZIP CODE: 25701

ALLEGED INCIDENT/DISCRIMINATION WAS BASED ON (please check all that apply):

Race or Color ☐  Religion ☐  National Origin ☐  Sexual Orientation ☐  Veteran's Status ☐

Sex ☐  Age ☐  Disability ☐  Marital/Parental Status ☐  Sexual Harassment ☐  Other ☑

ALLEGED INCIDENT/DISCRIMINATION TOOK PLACE ON OR ABOUT:

Month 6  Day 20  Year 2014

CHECK IF ALLEGED DISCRIMINATION IS CONTINUING  Yes ☐  No ☑

RESPONDENT(S) NAME(S): Marco Yung, MD & Farid Mozaffari, MD

TITLE (IF KNOWN): March Yung, MD PGY-5 Chief Resident Marshall Surgery; Dr. Mozaffari, Program Director Marshall Surgery

Please write a statement of your complaint in the space provided below. (Additional sheets may be used)

Rebecca Klug
Undergraduate 1996-2001 BA Sociology/Anthropology
Gradate 2001-2004 MA Sociology /Anthropology
Adjunct Professor Department of Sociology/ Anthropology and Community /Technical College 2001-2006

SIGNATURE: Rebecca Klug, MD

DATE: 2/17/2016

This form may be submitted via e-mail by clicking on the button below. However, a signed hardcopy containing your signature must be submitted to Office of Equity Programs, OM 206.



Klug000948

Rebecca Klug
Undergraduate 1996-2001 BA Sociology/Anthropology
Gradate 2001-2004 MA Sociology /Anthropology
Adjunct Professor Department of Sociology/ Anthropology and Community /Technical College 2001-2006
Undergraduate Chemistry – 2005-2007
Medical Student 2007- 2013 MD
Surgical Resident Post-Graduate Medical Education 2013-current

Dr. Mozaffari – Surgical Residency Program Director
Donna Webb- Surgical Residency Coordinator
Dr. Abolmaali
Dr. Yung
Dr. Uffort
Academic Year- July 1st- June 30th

1. **June 2014**
   a. Dr. Mozaffari and Dr. Uffort stated that the service was too busy and my vacation would be postponed until the following academic year beginning July1, 2014.
   b. Dr. Mozaffari stated that we all have to sacrifice things for the program.
   c. I requested a vacation to start July 1,2014. This was declined because the chairman, Dr. Denning, was scheduled to round at St. Mary's Hospital that week and this would "look bad" to him.
   d. My vacation was rescheduled to later in the month of July in the new academic year. Therefore, I did not receive the 3 weeks of vacation during the PGY-1 year, as stated in my contract.
2. **July 2014**
   a. I had an issue that had nothing to do with him; it was between my chief and I. This issue was being worked out with the administrative chief. Dr. Yung found out about the issue and took me aside in the call room for 1 hour. During this time he berated me, on many levels. Told Dr. Knight he could not come in the room, even though I requested his presence, as I did not feel safe. The things he said to me caused emotional distress and anxiety. He ended the verbal assault with, "If you ever tell anyone, I will make your life hell." So I stayed quiet for 6 months.
3. **November/December 2014**
   a. Stated on several occasions that it was his goal to get one of my colleagues fired so that an intern could take his spot.
   b. When discussing minor issues at work over lunch, Dr. Yung stated that I should not complain, because I was lucky that I even had a job
   c. Allowed the interns to take 7 days off for the Christmas/ New Year's holiday break, while I had the usual 3 days off and was left with no intern for a several days.
   d. On a daily basis he watched offensive videos on the computer station next to mine with very loud audio. The content included: sex, violence and discriminatory material directed at women and minority groups. I informed him that this was offensive to me; he stated that he didn't care. He would often involve the interns in the watching of the videos; leaving me to do the days work.
4. **January 2015**
   a. I finally spoke to Donna Webb and Dr. Mozaffari about my issues with Dr. Yung. Dr. Wehner was also informed. I was not scheduled to work with him again until June 2015. Dr. Mozaffari stated that he would talk to Dr. Yung.
5. **March 2015**
   a. Dr. Mozaffari informed me that I would repeat my 2nd year of surgical residency, based on my test scores. Until now, test scores were never used as a reason to have someone repeat a year of residency. Dr. Mozaffari stated that he did not think I wanted to be a surgeon. He had no evidence to support this. He stated that he was not sure how I received the intern of the year award June 2014, because my current performance did not reflect a person who

deserves that award. I was told that I do not attend the OR enough. I appealed this decision to the graduate medical office. A board of program directors and residents agreed with my appeal that I should not have to repeat the year.

6. **May 2015**
   a. I found my husband dead in a tragic accident.
   b. I took 2.5 wks off of work and returned June 3rd. Dr. Abolmaali informed me that if I took more time off, I might have to repeat a year of residency.

7. **June 2015**
   a. My senior residents and myself asked if I could be placed at the VA Hospital or Cabell Hospital for rotation when I returned to work after my tragic loss. We felt it would be better than St Mary's which was my scheduled rotation. St Mary's is the most difficult rotations due to the work load and call schedule. Additionally, I would be working with Dr. Yung and it was known that I had issues with him. This request was denied.
   b. I began working June 3rd 2015 at St Mary's.
   c. On my first weekend of call back from my loss, I was in the hospital working for 57 hours straight. This was a violation of work hour restrictions. When this was discussed with the chief resident this was a problem, I was dismissed.
   d. Dr. Yung removed daily progress notes from the chart that I had written on Dr. Denning's patients in front of me; he stated that only he would write on Dr. Denning's patients.
   e. An intern was assigned to help us at St Mary's since we only had 3 residents, he took him to the OR for all cases and did not have him help with consults.
   f. Per a neurotrauma ICU nurse, Dr. Yung spoke inappropriately about me using profanities. The nurse warned me that Dr. Yung was very upset with me and this outburst occurred in the presence of a surgical attending.
   g. Per my colleagues, he informed, them that:
      i. I left a trauma at noon and went home because I could not handle it and he had to take over the work. When, I was by Dr. Denning's side until he dismissed me home at 7pm.
      ii. I left my work on a Saturday morning to help out at ATLS on my own volition. The truth was that I was post-call and asked by Connie and Stacy Jones to help on my own time.
      iii. I did not show up to work, they did not know where I was. I was at work I wrote notes, I saw patients. Dr. Yung held checkout earlier than the usual 530am time and would not respond to my multiple text messages that I was in the building and looking for him.
   h. I brought the latest issues to the attention of Dr. Mozaffari and Donna Webb. They concluded that I would need to be medically cleared to come back to work. None of the complaints were investigated, to my knowledge. I was told that Dr. Yung was in the right on all occasions. Basically, they would not even listen to my side of the stories and I was dismissed. This lead to the committee deciding not to promote me, per Dr. Mozaffari, I was going to challenge but I decided that I did not have any strength left to fight.

8. **June 2015**
   a. I was informed by Donna Webb and Dr. Abolmaali that I would be progressing to PGY-3 spot and would be provided with an extension on the work we agreed I would complete. They stated they just wanted me to focus on being back at work.
   b. Dr. Mozaffari asked how I was doing, I showed emotion and explained that it was hard for me. He stated that, "you are going to have to get over this, because there are going to be worse things that happen in your life besides this."
   c. Final evaluations: accusations from Dr. Yung such as not showing up to work, unable to find me, not completing my work. They decided that I did not qualify to progress to PGY-3, they thought it would set me up for failure. I would have to repeat PGY-2.
   d. I asked to take a leave of absence, Dr. Mozaffari decided that I would require medical clearance to return to work. I was required to see a psychologist.

  e. Dr. Mozaffari decided I should see Dr. Patton who works with MUSOM, but did state that I could choose to see another provider of my choosing with the caveat that the provider is not some "tarot card reader or palm reader."

9. **July 2015**
   a. Dr. Patton informed me that Dr. Mozaffari contacted him regarding my treatment. Per Dr. Patton, they had a long discussion about my feelings towards Dr. Mozaffari and the surgical residency program. I signed a release for Dr. Patton to let the program know when I was medically ready to return to work, but not to discuss anything beyond that
   b. This discussion, from what Dr. Patton informed me, was a violation of my trust since Dr. Patton discussed things from my therapy sessions with Dr. Mozaffari. I had to switch therapists for this reason.

10. **December 2015**
    a. I was assigned to cases, he took them and told me not to scrub

11. **January 2016**
    a. Verbal assault on my character by Dr. Yung in front of medical students, surgical residents and VA physician's assistant. I was not present for this, but I was informed about this from another surgical resident.

12. **February 2016**
    a. Assigning good general surgery cases to interns, no cases to me
    b. Reassigning cases to an intern that the attending asked me to be involved in the previous day