**Subject:** Midpoint Evaluation Update
**Date:** Friday, March 4, 2016 at 1:25:50 PM Eastern Standard Time
**From:** Webb, Donna J.
**To:** Klug, Rebecca
**CC:** Mozaffari, Farid, Arrington, Amanda K., 'charrison@suddenlink.net'

TO: Becky Klug, MD

FROM: Farid Mozaffari, MD, Program Director

DATE: 3.4.16

SUBJECT: Followup on Midpoint Evaluation Issues

In order to assist you in completing your Criteria for Promotion, I have listed the things you were deficient in during your Midpoint Evaluation in December and still need to complete.

- Write and submit an abstract to a state or national meeting for poster or oral presentation by May's Clinical Competency Meeting

FM/dw

Donna C. Webb
Surgery Residency Program Administrator
Marshall University – Joan C. Edwards School of Medicine
1600 Medical Center Drive
Huntington, WV 25701
304-691-1282 (O)
304-691-1287 (F)
cremeans16@marshall.edu
jcesom.marshall.edu
facebook.com/MarshallSurgeryResidency

