

**MARSHALL UNIVERSITY.**
Joan C. Edwards School of Medicine

www.musom.marshall.edu

Farid B. Mozaffari, MD, FACS
Associate Professor, Plastic Surgery
Department of Surgery
Residency Program Director

March 18, 2016

Rebecca Klug, MD
1860 R-McCoy Drive
Huntington, WV 25701

RE:   Resolution of your complaint regarding Dr. Marco Yung

Dr. Klug:

I am writing this letter in response to your complaint dated February 8th, 2016 against Dr. Marco Yung. The letter will outline how the complaint was handled and the resolution.

1. The week of February 1st, after hearing about a potential problem between Dr. Klug and Dr. Yung, I immediately scheduled a formal meeting with Dr. Yung, Dr. David Denning, Chairman of Surgery, Dr. Curtis Harrison, Assistant Program Director and myself, Dr. Farid Mozaffari, Program Director. The meeting was scheduled for February 8th.
2. 2.8.16 - These allegations were discussed with Dr. Yung and he was reprimanded and given a written warning against repeating the behavior at the risk of being terminated from the program. The Institutions Professionalism/Disruptive Behavior Policy was reviewed with him.
3. 2.12.16 – Your allegations were forwarded to Ms. Deborah Hart, Office of Equity Programs. She reviewed the complaints and arranged a meeting with you on February 15th, 2016.
4. 2.15.16 – Dr. Yung's rotation schedule was changed for the remainder of February. He was moved to CHH for the remainder of February. Rotations will be rescheduled so there is no overlap.

Sincerely,

*[signature]*

Farid Mozaffari, MD, FACS

C:   Paulette Wehner, MD, DIO
David Denning, MD, Chairman, Department of Surgery
Curtis Harrison, MD, Assistant Program Director
Amanda Arrington, MD, Associate Program Director
Deborah Hurt, Director of Equity Programs

**WE ARE... MARSHALL.**

1600 Medical Center Drive, Suite 2500 • Huntington, West Virginia 25701-3655 • Tel 304/691-1282 • Fax 304/691-1287
A State University of West Virginia • An Affirmative Action/Equal Opportunity Employer

Klug000316