| DATE | ISSUE | RESOLUTION/REQUIREMENTS | DEADLINE | DEADLINE MET? |
|---|---|---|---|---|
| March 12 2015 | Warning Letter regarding Poor Academic Performance | C3 recommended non promotion and the following action plan: 1. Meet with mentor weekly and develop a plan for improvement. 2. Marshall Help Program to identify test taking strategies 3. Weekly exams. | Dr. Klug did not agree with the plan of action and requested a GME appeal. | N/A |
| April 2 2015 | ABSITE Remediation Plan sent to Dr Klug | 1. Complete two paragraph summary on all areas missed on ABSITE: Half by June 30th and half by September 30 2015 2. Attendance and participation in at least 90% of Wednesday lectures 3. Score of 70% or above on Weekly exams | Half by June 30th - and Half by September 30th | No |
| April 8th, 2015 | Requested Abstract from Dr. Klug | Promised abstract would be submitted week of April 8 2015. CITI certification also not completed. | By June 2015 - part of Criteria for Promotion | No |
| April 9th, 2015 | GME Appeal Hearing | Appeal Granted – will remain at PGY 2 level | | N/A |
| April 9th, 2015 | Duty Hours violations for March noted | Cautioned to monitor duty hours more closely and let Chief or Dr. Mozaffari know if there is a problem. | | No |
| April 20 2015 | Notified of meeting to discuss Educational Enhancement Program for Poor Academic Performance. | 1. 100% completion of weekly SCORE Curriculum, catch up from last year (2014) 2. 100% Attendance at all conferences (except vacations) 3. Minimum Average of 70% on wkly exams 4. Strict adherence to 80 hr work week, call restrictions and regulations without exception 5. Timely completion of all admin duties, charts and documentations 6. Maintaining updated ACGME case logs 7. Wkly meetings with Dr. Arrington 8. All conditions listed above are in addition to the criteria for promotion from PGY 2 to PGY 3 that is stated in the resident hand book: a. Write and submit an abstract on research topic chosen as a PGY 1 to a state or national meeting for poster or oral presentation b. Completion of ASTS Transplant Curriculum c. Exposure or participation in 50% of the SCORE Curriculum Procedures d. ABS Requirement - 250 cases by the conclusion of the PGY 2 year e. PGY 2 Competency Procedures f. ABSITE Remediation - see April 2 2015 g. ABSITE like exam to be taken near end of June - must score at least 65% | June 15th 2015 | No |
| May 12 2015 | Loss of her husband | | | N/A |
| May 13 2015 | Remediation on Hold | | | |

| DATE | ISSUE | RESOLUTION/REQUIREMENTS | DEADLINE | DEADLINE MET? |
|---|---|---|---|---|
| June 25 2015 | Meeting with Dr. Mozaffari to discuss Leave request and final eval for 2014-15 | | | N/A |
| May 13 - July 31 | leave from work | | | |
| | | 2015-16 | | |
| July 10 2015 | Letter to reiterate remediation requirements to Dr. Klug - repeating PGY 2 year 1. ACGME case logs up to date 2. Outline of a personal study plan for 2015-2016. 3. Establish an area or topic of research project 4. Complete the ABS FES Curriculum, level one and two. 5. Complete the Intro to the Practice of Medicine Curriculum modules, 2,4,8,9,10,21,22,24 and 25 | | November 1 2015 deadline for ABSITE Summary which was due in June and September | NO - ABSITE Summary Remediation not submitted. |
| January 4 2016 | Midpoint Evaluation | 1. Abstract still needs to be submitted 2. Duty hours and violations 3. Still delinquent in logging duty hours - had only logged 180 cases by January 4th, 2016. 4. Still needs to work on improving her poor communication skills 5. Must continue meeting with Dr. Arrington and 6. Continue visits to the therapist of her choice. | 5/1/2016 Promised to log duty hours on January 4 2016, Deadline January 11 2016. Cannot have any additional duty hours violations. | Turned in Abstract in April, 2016 (was due on June 30, 2015) Completed justifications for duty hour violations |
| February 2 2016 | Meeting with Dr. Wehner to discuss issues with duty hours violations | Advised of the need for compliance and no further duty hour violations | Multiple violations recorded in NI | No |
| March 28 2016 | Meeting to discuss C3 decision/letter for nonrenewal of contract. | | | N/A |
| April 3 2016 | Received request of Appeal to the C3 | | | N/A |
| April 6 2016 | Committee met and heard Dr. Klug's appeal | | | N/A |
| April 8 2016 | Decision of C3 to uphold decision not to renew was sent to Dr. Klug | | | N/A |
| April 15 2016 | Received request of Appeal to the GME | | | |