

**SCORE** — Surgical Council on Resident Education

Search

Marshall University School of Medicine Affiliated Hospitals | Rebecca Klug | My Profile | Sign Out

Home | TWIS | My Assignments | Self-Assessment | Modules | Textbooks | Videos | Additional Resources

# My Assignments

☐ Hide Completed ☐ Hide Past Due

| Title | Due Date | Assigned Date | Assigner | Status |
|---|---|---|---|---|
| Breast Cancer Part 2 of 2 | November 18, 2015 | September 22, 2015 | D Webb | Completed |
| Breast Cancer Part 1 of 2 | November 11, 2015 | September 22, 2015 | D Webb | Completed |
| Ethics Part 3 of 4 | November 04, 2015 | September 22, 2015 | D Webb | Completed |
| Endoscopy | October 28, 2015 | September 22, 2015 | D Webb | Completed |
| Inflammatory Bowel Disease | October 21, 2015 | September 22, 2015 | D Webb | Completed |
| Inflammatory Bowel Disease | October 21, 2015 | September 22, 2015 | D Webb | Completed |
| Anorectal - Benign | October 14, 2015 | September 22, 2015 | D Webb | Completed |
| Small Intestine Neoplasms | September 30, 2015 | July 14, 2015 | D Webb | Completed |
| Small Intestine | September 23, 2015 | July 14, 2015 | D Webb | Completed |
| Stomach | September 16, 2015 | July 14, 2015 | D Webb | Completed |
| Interpersonal Skills, Part 3 of 4 | September 09, 2015 | July 14, 2015 | D Webb | Completed |
| Esophagus Part 3 of 3 | September 02, 2015 | July 14, 2015 | D Webb | Completed |
| Pancreas and Pancreatitis | August 26, 2015 | July 14, 2015 | D Webb | Completed |
| Hypertension | August 19, 2015 | July 30, 2015 | D Webb | Completed |
| Abdominal Neoplasms and Pain | August 12, 2015 | July 14, 2015 | D Webb | Completed |
| Biliary Neoplasms and Jaundice | August 05, 2015 | July 14, 2015 | D Webb | Completed |
| Nutrition | July 29, 2015 | June 22, 2015 | D Webb | Completed |
| Abdomen General | July 22, 2015 | June 22, 2015 | D Webb | Completed |
| Transfusion and Coagulation | July 15, 2015 | June 22, 2015 | D Webb | Completed |
| Ventral Hernias | July 08, 2015 | June 22, 2015 | D Webb | Completed |
| Head and Neck | June 24, 2015 | June 03, 2015 | D Webb | Completed |

Klug000961

| Topic | Date | Date | Assignee | Status |
|---|---|---|---|---|
| Interpersonal Skills, Part 2 of 4 | June 17, 2015 | June 03, 2015 | D Webb | Completed |
| MIS Principles | June 10, 2015 | June 03, 2015 | D Webb | Completed |
| Biostatistics and Evaluation of Evidence | June 04, 2015 | June 03, 2015 | D Webb | Completed |
| Large Intestine: Colitis, Obstruction | May 11, 2015 | June 23, 2014 | D Webb | Completed |
| Transplantation/Immunology | May 04, 2015 | June 23, 2014 | D Webb | Completed |
| Pediatrics Part 2 of 3 | April 27, 2015 | June 23, 2014 | D Webb | Completed |
| Pediatrics Part 1 of 3 | April 20, 2015 | June 27, 2014 | D Webb | Completed |
| Critical Care Part 1 of 3 | April 13, 2015 | June 27, 2014 | D Webb | Completed |
| Thoracic Part 2 of 2 | April 06, 2015 | June 27, 2014 | D Webb | Completed |
| Thoracic Part 1 of 2 | March 30, 2015 | June 27, 2014 | D Webb | Completed |
| Vascular Venous | March 23, 2015 | June 27, 2014 | D Webb | Completed |
| System Based Practice, Part 2 of 4 | March 16, 2015 | June 27, 2014 | D Webb | Completed |
| Cerebrovascular Disease | March 09, 2015 | June 27, 2014 | D Webb | Completed |
| Vascular - Arterial Part 2 of 2 | March 02, 2015 | June 20, 2014 | D Webb | Completed |
| Vascular - Arterial Part 1 of 2 | February 23, 2015 | June 27, 2014 | D Webb | Completed |
| Thermal and Miscellaneous Trauma | February 16, 2015 | June 27, 2014 | D Webb | Completed |
| Retroperitoneal and Soft Tissue Trauma | February 09, 2015 | June 27, 2014 | D Webb | Completed |
| Abdominal Trauma Part 1 of 2 | January 19, 2015 | June 27, 2014 | D Webb | Completed |
| Organ System Dysfunction and Failure Part 2 of 2 | January 12, 2015 | June 27, 2014 | D Webb | Completed |
| Organ System Dysfunction and Failure Part 1 of 2 | January 05, 2015 | June 19, 2014 | D Webb | Completed |
| Soft Tissue Neoplasm | December 29, 2014 | June 27, 2014 | D Webb | Completed |
| System Based Practice | December 15, 2014 | June 27, 2014 | D Webb | Completed |
| Adrenal | December 08, 2014 | June 27, 2014 | D Webb | Completed |
| Breast Benign Conditions | December 01, 2014 | June 27, 2014 | D Webb | Completed |
| Anorectal Neoplasms | November 17, 2014 | June 27, 2014 | D Webb | Completed |
| Anorectal Inflammatory Conditions | November 10, 2014 | June 27, 2014 | D Webb | Completed |
| Colon Cancer | November 03, 2014 | June 27, 2014 | D Webb | Completed |

| | | | | |
|---|---|---|---|---|
| ➕ Small Intestine Obstruction | October 13, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Appendicitis and Diverticulitis | October 13, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Peptic Ulcer and Gastric Neoplasms | October 06, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Esophagus Part 2 of 3 | September 29, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Esophagus Part 1 of 3 | September 22, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Spleen | September 08, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Pancreas Tumors and Resection | September 01, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Liver Including Benign Neoplasms | August 25, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Wound Healing | August 18, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Inguinal and Femoral Hernia | August 11, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Benign Biliary Part 2 of 2 | July 28, 2014 | July 18, 2014 | D Webb | Completed |
| ➕ Benign Biliary, Part 1 of 2 | July 21, 2014 | July 18, 2014 | D Webb | Completed |
| ➕ Fluid and Electrolytes | July 14, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Preoperative Evaluation Par t2 of 2 | July 07, 2014 | June 27, 2014 | D Webb | Completed |
| ➕ Preoperative Evaluation Part 1 of 2 | June 30, 2014 | June 27, 2014 | D Webb | Completed |

**About**     **Help**     **Feedback**     **Curriculum Outline**     **News & Announcements**     **Subscribe**

© 2009-2016 The Surgical Council on Resident Education Inc. All rights reserved.     Terms of Service     SILVERCHAIR INFORMATION/SYSTEMS

# SCORE
Surgical Council on Resident Education

Marshall University School of Medicine Affiliated Hospitals | Rebecca Klug | My Profile | Sign Out

Home | TWIS | My Assignments | Self-Assessment | Modules | Textbooks | Videos | Additional Resources

Quiz History | This Week In SCORE® | Download TWIS Schedule

| Week Starting | Topic | |
|---|---|---|
| **44** <br> April 24, 2016 | Pediatrics, Part 3 of 4 | View Week 44 <br> Take Quiz |
| **45** <br> May 01, 2016 | Plastics | View Week 45 |
| **46** <br> May 08, 2016 | GU and GYN | View Week 46 |
| **8** <br> August 16, 2015 | Liver Neoplasms and Portal Hypertension | View Week 8 <br> ✓ Quiz Complete |
| **9** <br> August 23, 2015 | Pancreas and Pancreatitis | View Week 9 <br> ✓ Quiz Complete |
| **10** <br> August 30, 2015 | Esophagus, Part 3 of 3 | View Week 10 <br> ✓ Quiz Complete |
| **11** <br> September 06, 2015 | Interpersonal Skills, Part 3 of 4 | View Week 11 <br> ✓ Quiz Complete |
| **12** <br> September 13, 2015 | Stomach | View Week 12 <br> ✓ Quiz Complete |
| **13** <br> September 20, 2015 | Small Intestine | View Week 13 <br> ✓ Quiz Complete |
| **14** <br> September 27, 2015 | Small Intestine Neoplasms | View Week 14 <br> ✓ Quiz Complete |
| **15** <br> October 04, 2015 | OFF | View Week 15 <br> Take Quiz |
| **16** <br> October 11, 2015 | Anorectal — Benign | View Week 16 <br> ✓ Klug000964 Quiz Complete |

| # | Date | Topic | Status |
|---|---|---|---|
| 17 | October 18, 2015 | Inflammatory Bowel Disease | View Week 17 / Quiz Complete |
| 18 | October 25, 2015 | Endoscopy | View Week 18 / Quiz Complete |
| 19 | November 01, 2015 | Ethics, Part 3 of 4 | View Week 19 / Quiz Complete |
| 20 | November 08, 2015 | Breast Cancer, Part 1 of 2 | View Week 20 / Quiz Complete |
| 21 | November 15, 2015 | Breast Cancer, Part 2 of 2 | View Week 21 / Quiz Complete |
| 22 | November 22, 2015 | Thyroid | View Week 22 / Quiz Complete |
| 23 | November 29, 2015 | Systems-Based Practice, Part 3 of 4 | View Week 23 / Quiz Complete |
| 24 | December 06, 2015 | Endocrine | View Week 24 / Quiz Complete |
| 25 | December 13, 2015 | Soft Tissue Infection | View Week 25 / Quiz Complete |
| 26 | December 20, 2015 | OFF | View Week 26 / Take Quiz |
| 27 | December 27, 2015 | Shock | View Week 27 / Quiz Complete |
| 28 | January 03, 2016 | Critical Care, Part 2 of 3 | View Week 28 / Quiz Complete |
| 29 | January 10, 2016 | Critical Care, Part 3 of 3 | View Week 29 / Quiz Complete |
| 30 | January 17, 2016 | Chest Trauma | View Week 30 / Quiz Complete |
| 31 | January 24, 2016 | OFF | View Week 31 / Take Quiz |
| 32 | January 31, 2016 | Extremity and Pelvic Trauma | View Week 32 / Quiz Complete |