Klug000897

# Marshall University

# Joan C. Edwards School of Medicine

This certificate verifies that

# Rebeca Klug, M.D.

successfully completed educational training as a

# Second Year Resident

in

# Surgery

from July 1, 2014 to June 30, 2015



David A. Denning, M.D.
Chair, Department of Surgery

Joseph I. Shapiro, M.D.
Dean

# Marshall University

## Joan C. Edwards School of Medicine

This certificate verifies that

# Rebecca Klug, M.D.

successfully completed educational training as a

## Second Year Resident

in

# Surgery

from July 1, 2015 to June 30, 2016



David A. Denning, M.D.
Chair, Department of Surgery

Joseph I. Shapiro, M.D.
Dean

Klug000896